**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Groff Tractor Mid Atlantic, LLC** | § | **Case No. 25-90010** |
| | § | |
| **Debtor.[1]** | § | |
| | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **DEALER 2023 LLC** | § | **Case No. 25-90011** |
| | § | |
| **Debtor.[2]** | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **GROFF TRACTOR HOLDINGS, LLC** | § | **Case No. 25-90012** |
| | § | |
| **Debtor.[3]** | § | |
| | § | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODS, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULE
OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Each of the above-captioned debtors (individually and collectively, the "Debtor"), by and through its undersigned proposed counsel, is filing its Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court"). The Debtor prepared

---

[1]   The last four digits of the Federal Tax ID number for Groff Tractor Mid Atlantic, LLC are: 7629, and the location of the service address for this debtor is: 1460 Main Street, Suite 200, Southlake, TX 76092.

[2]   The last four digits of the Federal Tax ID number for Dealer 2023 LLC are: 3275, and the location of the service address for this debtor is: 1460 Main Street, Suite 200, Southlake, TX 76092.

[3]   The last four digits of the Federal Tax ID number for Groff Tractor Holdings, LLC are: 0486, and the location of the service address for this debtor is: 1460 Main Street, Suite 200, Southlake, TX 76092.

the Schedules and SOFA in accordance with § 521 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>**").**

*These Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "<u>Global Notes</u>") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. These Global Notes should be referred to and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA have been prepared by Michael Juniper, the Debtor's proposed Chief Restructuring Officer in consultation with the Debtor's management team and advisors and are unaudited and subject to further review and potential revision. In preparing the Schedules and SOFA, the Debtor relied on financial data derived from the Debtor's books and records as it was available at the time of preparation. Mr. Juniper, the Debtor's management, and advisors have made reasonable efforts to ensure that they are as accurate and complete as possible under the circumstances. However, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist. Notwithstanding any such discovery or new information however, the Debtor may, but shall not be required to, update the Schedules and SOFA.

**<u>Reservation of Rights.</u>** Nothing contained in the Schedules and SOFA or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its bankruptcy case, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**<u>Description of the Case and "as of" Information Date.</u>** On October 14, 2025 (the "<u>Petition Date</u>"), each Debtor filed a petition for relief with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. A detailed description of the Debtor, its business, and the facts and circumstances supporting the Schedules and SOFA and the chapter 11 case are described in detail in the *Declaration of Michael Juniper in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief*, which was filed on October 22, 2025 [Docket No. 43 in Case No. 25-90010].

Given the nature of the case and the Debtor's assets, the valuations given are estimates at varying points in time. This is because those values fluctuate over time and, given the nature of the Debtor's business and its assets and liabilities, the Debtor is presenting these filings in its best attempt to "mark to market" the types of assets it owns in each category of assets and liabilities. In some instances, equipment values have been stated as set forth in recent valuations conducted on such assets.  In other instances, assets are stated at the readily available book value.  The Debtor has attempted to indicate the basis for valuation where appropriate.

Schedule A/B and Schedule D data is per the Debtor's trial balance as of September 30, 2025.

Schedule E/F data is presented as of the Petition Date based on the qualifications and notes provided herein. Notwithstanding the Schedules and SOFAs or the other annotations in these Global Notes, the Debtor discloses that it has not closed its accounting books for several months leading up to the Petition Date.

**Amendment.** Although reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. Thus, the Debtor reserves all rights, but shall not be required to, to amend or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

**Basis of Presentation.** Although these Schedules and SOFA may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("**GAAP**"), the Schedules and SOFA do not purport to represent or reconcile financial statements otherwise prepared or distributed by the Debtor in accordance with GAAP, income tax basis, or otherwise. To the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission that the Debtor was solvent or insolvent on the Petition Date or at any time prior to the Petition Date.

**Insiders.** For purposes of the Schedules and SOFA, the term "insiders" shall have the statutory meaning set forth in Bankruptcy Code § 101(31).

Persons listed in the SOFA as insiders have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA correctly. The Debtor reserves all rights to recharacterize, reclassify, recategorize, and redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were executory as of the Petition Date or remain executory post-petition and whether leases listed herein were unexpired as of the Petition Date or remain unexpired post-petition.

**Summary of Significant Reporting Policies.**

Current Market Value and Net Book Value. In many instances, current market valuations are neither maintained by nor readily ascertainable by the Debtor. The Debtor has used its best efforts to estimate the assets value or provided that the value is unknown. Where indicated, the disclosures may provide that the different basis for value is provided.

Liabilities. Unless otherwise indicated, all liabilities are listed as of the Petition Date.

Credits and Adjustments. The claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

Totals. All totals that are included in the Schedules and SOFA's represent totals of all currently known amounts included in the Debtor's books and records as of the Petition Date. To the extent that there are undetermined amounts, the actual total may be different from the listed total.

Classifications. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim, contract, or lease.

Claims Description. Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on its respective Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor, and the Debtor reserves the right, but shall not be required, to amend the Schedules accordingly.

Guarantees and Other Secondary Liability Claims. The Debtor has used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in its executory contracts, unexpired leases, secured financing, debt instruments, and other such agreements. The Debtor's review of its contracts in such regard is ongoing. Where such Guarantees have been identified, they have been included in the relevant Schedule for the Debtor. Further, certain Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtor reserves its right to amend the Schedules to the extent that additional Guarantees are identified. In addition, the Debtor reserves the right, but shall not be required, to amend the Schedules and SOFA to recharacterize or reclassify any such contract, lease, claim, or Guarantee.

Causes of Action. The Debtor, despite its best efforts, may not have listed all of its causes of action (filed or potential) against third parties as assets in the Schedules and SOFA. The Debtor reserves all of its rights with respect to any causes of action it may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action. Additionally, in the ordinary course, the Debtor from time to time sends payment demands to delinquent accounts receivable. Not all such demands have been included as causes of action, but the Debtor reserves all rights with respect to any such accounts.

Court Orders. Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases (collectively, and as amended or modified, the "Prepetition Payment Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, certain trade vendors, and taxing authorities. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court, the Debtors reserve all rights to amend or supplement their Schedules and Statements as is necessary or appropriate.

Intellectual Property Rights. The Debtors have made every effort to include owned intellectual property in their Schedules. However, exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

Totals. All totals that are included in the Schedules and SOFA represent totals of all the known amounts included in the Schedules and SOFA. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

**Schedule A – Real Property.** The Debtor's failure to list any rights in real property on Schedule A should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**Schedule B – Personal Property.** Personal property owned by the Debtor is listed in the Schedule B. To the extent that the Debtor has not been able to identify the actual physical location of certain personal property, the Debtor has reported the address of the Debtor's principal place of business.

Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Schedule D – Creditors Holding Secured Claims.** The Debtor reserves the right to dispute or challenge the validity, perfection, priority, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D, other than stipulated pursuant to a duly entered order of the Bankruptcy Court. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken.

The descriptions in Schedule D are intended to be only a summary. Reference to the applicable agreements and related documents and a determination of the creditor's compliance with applicable law is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements or related documents.

**Schedule E – Creditors Holding Unsecured Priority Claims.** Listing a claim on Schedule E as "unsecured priority" does not constitute the Debtor taking a position on the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule E does not constitute an unsecured priority claim under section 507 of the Bankruptcy Code.

The claims listed on Schedule E arose, or were incurred on, various dates and a determination of each date upon which each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E, however, appear to have arisen, or to have been incurred, on or before the Petition Date.

The claims listed in Schedule E/F, Part 2 arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F, Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F, Part 2.

**Schedule F – Creditors Holding Unsecured Nonpriority Claims.** Listing a claim on Schedule F as "unsecured nonpriority" does not constitute an admission by the Debtor of any legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F does not constitute an unsecured nonpriority claim (including the right to assert that any such claim constitutes a secured or priority claim). Additionally, noting that a claim on Schedule F is "subject to setoff" does not constitute an admission by the Debtor of the legal rights of the claimant. The Debtor expressly reserves the right to assert that any claim listed on Schedule F is not subject to setoff or dispute any claim to such setoff.

Certain creditors may assert mechanic's, materialman's, or other statutory liens against the Debtor for amounts listed on Schedule F. The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

The claims listed on Schedule F arose, or were incurred, on various dates, and a determination of each date upon which each claim arose, or was incurred, would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule F, however, appear to have arisen, or to have been incurred, prior to the Petition Date.

**Schedule G – Executory Contracts and Unexpired Leases.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing, and inadvertent errors, omissions, or over-inclusion may have occurred.

The Debtor reserves all its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in Schedule G. The Debtor may be a party to various other agreements concerning real property, such as supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, office services, and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G. Further, the Debtor is a party to master service agreements with numerous entities for which the Debtor is not currently performing work pursuant to those agreements. Such agreements are not set forth in Schedule G. Also, the Debtor has not listed on Schedule G monthly service contracts for which the Debtor is not obligated long-term and can cancel at any time.

*Umbrella or Master Agreements*.  Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and SOFA only of the Debtor that signed the original umbrella or master agreement.

**Schedule H – Co-Obligors.** Although the Debtor has made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtor hereby reserves all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtor further reserves all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

**SOFA – Transfers Outside of the Ordinary Course of Business.** Nothing in the Debtor's response to Question 13 constitutes an admission by the Debtor that such transfers were outside of the ordinary course of the Debtor's business.

**SOFA Part 11, Item 21 – Property Held for Another.**  In the ordinary course, the Debtors consign certain equipment at their locations.  Amounts and items disclosed in this item of the SOFA are the aggregate total of multiple units of equipment and certain other leased equipment that is not otherwise reflected elsewhere in the Schedules and SOFAs.

**SOFA Item 26(d) – Financial Statement Issuances.**  Various lenders identified on Schedule D and certain vendors were provided financial statements in the normal course.  Various parties received financials as part of the prepetition and postpetition marketing process

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Groff Tractor Mid Atlantic, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION |
| Case number (if known) | 25-90010 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$9,000,871.86

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$9,000,871.86

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

$114,617,148.73

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$245,103.77

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

+ $7,673,355.52

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

$122,535,608.02

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Groff Tractor Mid Atlantic, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION |
| Case number (if known) | 25-90010 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

| 2.1. | PETTY CASH | | $3,850.00 |
|---|---|---|---|

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | M&T BANK | ACH PREFUND ACCOUNT | 6212 | $0.00 |
| 3.2. | M&T BANK | CASH COLLATERAL ACCOUNT | 1950 | $0.00 |
| 3.3. | M&T BANK | CONTROLLED DISBURSEMENT ACCOUNT | 9607 | $0.00 |
| 3.4. | M&T BANK | CREDIT CARD DEPOSITS | 3695 | $0.00 |
| 3.5. | M&T BANK | OPERATING ACCOUNT | 1919 | $0.00 |
| 3.6. | TD BANK | LOCAL DEPOSITS NJ BRANCHES | 3278 | UNKNOWN |

**4. OTHER CASH EQUIVALENTS**

**NONE**

| 5 | Total of Part 1. ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $3,850.00 |
|---|---|---|

| Debtor | Great Harbor Mid-Atlantic, LLC | Case number (if known) | 25-90010 |
|--------|------|------|------|
| | (Name) | | |

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---------|--------------------------|

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | COSSENTINO RENT | $105,000.00 |
| 7.2. | DREAMLAND REALTY - LEASE DEPOSIT | $127,500.00 |
| 7.3. | FREDERICK RENT | $12,500.00 |
| 7.4. | GREENWOOD RENT | $8,500.00 |
| 7.5. | JEM PAVING/VNJ/PARKING LOT RENO | $6,964.00 |
| 7.6. | JT INV - SECURITY DEPOSIT - VINELAND & FREEHOLD | $13,000.00 |
| 7.7. | SELTZER/ASSESSMENT FEES | $41,699.00 |
| 7.8. | WENGER GRAYBAR ELECTRIC COMPANY | $663.56 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | PREPAID INSURANCE - GENERAL LIABILITY, AUTOMOBILE LIABILITY, WORKERS COMP AND EMPLOYER'S LIABILITY, UMBRELLA LIABILITY | $210,249.71 |
| 8.2. | PREPAID REAL ESTATE TAXES - VARIOUS ENTITIES FOR LEASED PROPERTIES | $139,679.00 |

| 9 | Total of Part 2. ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $665,755.27 |
|---|---|---|

| Part 3: | ACCOUNTS RECEIVABLE |
|---------|---------------------|

**10.    DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | | | | |
| | FACE AMOUNT - 90 DAYS OR LESS | $5,964,733.00 <br> face amount | - | $1,004,024.32 <br> doubtful or uncollectable accounts | = → | $4,960,708.68 |
| | FACE AMOUNT - OVER 90 DAYS | $5,067,691.00 <br> face amount | - | $3,163,602.26 <br> doubtful or uncollectable accounts | = → | $1,904,088.74 |

| 12 | Total of Part 3. CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $6,864,797.42 |
|---|---|---|

| Part 4: | INVESTMENTS |
|---------|-------------|

**13.    DOES THE DEBTOR OWN ANY INVESTMENTS?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

Official Form 206A/B                    Schedule A/B: Assets - Real and Personal Property                    Page 2 of 11

Debtor   Gulf Finance Mid Atlantic LLC                    Case number (if known)   25-90010
(Name)

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.               NOT APPLICABLE

---

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
- ☐ No. Go to Part 6.
- ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| 20.1.    PARTS IN TRANSIT | | $38,990.67 | NET BOOK VALUE | UNKNOWN |
| 20.2.    PARTS ON HAND | | $5,909,583.57 | NET BOOK VALUE | UNKNOWN |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.    NEW, USED, RENTAL, ATTACHMENTS (NURA) | | $90,824,594.21 | NET BOOK VALUE | UNKNOWN |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.               UNDETERMINED

**24. Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☒ Yes    Book value    $937,340.99    Valuation method    NET BOOK VALUE    Current value    $937,340.99

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

---

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** CROPS—EITHER PLANTED OR HARVESTED | | | |
| **29.** FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.** FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.** FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | |
| **32.** OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | |
| **33** Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |

**34.**  Is the debtor a member of an agricultural cooperative?
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
   ☐ No
   ☐ Yes

**35.**  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes

**36.**  Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

**37.**  Has any of the property listed in Part 6 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 7:** | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.**  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** OFFICE FURNITURE | | | |
| 39.1.   LIGHTED CABINET | $7,803.27 | N/A | UNKNOWN |
| 39.2.   WASHINGTON WORKPLACE FURNITURE | $71,532.90 | N/A | UNKNOWN |
| **40.** OFFICE FIXTURES | | | |
| 40.1.   AIR CONDITIONING UNIT | $12,928.00 | N/A | UNKNOWN |
| 40.2.   ALARM SYSTEM | $4,763.13 | N/A | UNKNOWN |
| 40.3.   BEAM PROJECT | $0.00 | N/A | UNKNOWN |
| 40.4.   BUILDING REPAIRS | $31,783.39 | N/A | UNKNOWN |
| 40.5.   BUILDING SIGNAGE | $47,384.00 | N/A | UNKNOWN |
| 40.6.   CONCRETE PAD | $2,139.61 | N/A | UNKNOWN |
| 40.7.   D'AMICO CONCRETE | $14,560.00 | N/A | UNKNOWN |
| 40.8.   FENCE | $4,123.41 | N/A | UNKNOWN |
| 40.9.   FENCE & YARDWORK | $3,693.83 | N/A | UNKNOWN |
| 40.10.  FREEHOLD CARPORT | $0.00 | N/A | UNKNOWN |

| Debtor | Great Harbor Mid Atlantic, LLC | | Case number (if known) | 25-90010 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **40. OFFICE FIXTURES** | | | |
| 40.11. FREEHOLD HEATER | $0.00 | N/A | UNKNOWN |
| 40.12. FREEHOLD PARTS CONTAINERS | $0.00 | N/A | UNKNOWN |
| 40.13. FREEHOLD PARTS SHELVING | $0.00 | N/A | UNKNOWN |
| 40.14. FREEHOLD STONE HEATER | $0.00 | N/A | UNKNOWN |
| 40.15. FURNACE | $0.00 | N/A | UNKNOWN |
| 40.16. HEAT PUMP | $0.00 | N/A | UNKNOWN |
| 40.17. HEATER | $0.00 | N/A | UNKNOWN |
| 40.18. LIGHTS | $0.00 | N/A | UNKNOWN |
| 40.19. LOADING DOCK | $0.00 | N/A | UNKNOWN |
| 40.20. MH LIFT SHELVING - BALT PARTS | $47,774.72 | N/A | UNKNOWN |
| 40.21. MOBILE MOD PARTS CONTAINER | $4,019.14 | N/A | UNKNOWN |
| 40.22. NICKLE ELECTRIC - TRAILER | $3,190.00 | N/A | UNKNOWN |
| 40.23. OFFICE PARTITIONS | $23,120.76 | N/A | UNKNOWN |
| 40.24. PALLET RACKS | $0.00 | N/A | UNKNOWN |
| 40.25. PALLET TRACK SYSTEM | $2,910.37 | N/A | UNKNOWN |
| 40.26. PARKING LOT GRADING | $4,500.00 | N/A | UNKNOWN |
| 40.27. PARTS CONTAINERS | $7,522.67 | N/A | UNKNOWN |
| 40.28. REPLACEMENT DOOR | $516.67 | N/A | UNKNOWN |
| 40.29. REPLACEMENT ENTRANCE DOOR | $0.00 | N/A | UNKNOWN |
| 40.30. REPLACEMENT FURNACE | $2,767.60 | N/A | UNKNOWN |
| 40.31. REPLACEMENT STEEL DRAINS | $0.00 | N/A | UNKNOWN |
| 40.32. ROOFTOP | $0.00 | N/A | UNKNOWN |
| 40.33. STEEL FOR PARTS WAREHOUSE | $44,884.68 | N/A | UNKNOWN |
| 40.34. VINELAND REMODEL | $0.00 | N/A | UNKNOWN |
| 40.35. VINYL FLOORING | $10,608.33 | N/A | UNKNOWN |
| 40.36. WASH RACK EQUIPMENT | $246,789.15 | N/A | UNKNOWN |
| 40.37. YARD FILL | $0.00 | N/A | UNKNOWN |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. COMPUTER SWITCHES - CORP | $0.00 | N/A | UNKNOWN |
| 41.2. MARCO TECH NETWORKING HARDWARE | $2,662.90 | N/A | UNKNOWN |
| 41.3. MERAKI HARDWARE | $0.00 | N/A | UNKNOWN |
| 41.4. MOMENTUM SOUND | $15,166.67 | N/A | UNKNOWN |
| 41.5. NETWORK CABLING FOR BALTIMORE | $13,000.00 | N/A | UNKNOWN |
| 41.6. PHONE | $0.00 | N/A | UNKNOWN |
| 41.7. SERVICE COMPUTER | $0.00 | N/A | UNKNOWN |
| 41.8. VISA/CALL TOWER SYSTEM | $0.00 | N/A | UNKNOWN |
| 41.9. VISA/CALL TOWER/FAX SYSTEM | $0.00 | N/A | UNKNOWN |
| 41.10. VISA/GTMA/CALL TOWER/FAX | $0.00 | N/A | UNKNOWN |

**42. COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

Debtor    Great Harbor Mid Atlantic, LLC                    Case number (if known)    25-90010

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| 43 | Total of Part 7.<br>ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | UNDETERMINED |
|---|---|---|---|---|

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
☑ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.** DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES

| | | | | |
|---|---|---|---|---|
| 47.1. | 2006 CHEVY C2500 - VIN 53823 | $0.00 | N/A | UNKNOWN |
| 47.2. | 2006 CHEVY SILVERALDO - VIN 40947 | $0.00 | N/A | UNKNOWN |
| 47.3. | 2007 CHEVY LD2500 -VIN 77358 | $0.00 | N/A | UNKNOWN |
| 47.4. | 2008 FORD F750 LUBE TRUCK - VIN 92898 | $8,019.30 | N/A | UNKNOWN |
| 47.5. | 2011 CHEVY SILVERADO - VIN 17332 | $0.00 | N/A | UNKNOWN |
| 47.6. | 2012 CHEVY SILVERADO -VIN 90623 | $0.00 | N/A | UNKNOWN |
| 47.7. | 2012 FORD F-550 - VIN 85176 | $0.00 | N/A | UNKNOWN |
| 47.8. | 2012 FORD SERV TRUCK - VIN C84918 | $0.00 | N/A | UNKNOWN |
| 47.9. | 2012 GMC SIERRA PARTS TRUCK - VIN Z342949 | $0.00 | N/A | UNKNOWN |
| 47.10. | 2014 FORD F-350 - VIN 55834 | $0.00 | N/A | UNKNOWN |
| 47.11. | 2015 F750 VIN 708334 | $0.00 | N/A | UNKNOWN |
| 47.12. | 2015 RAM SERV TRUCK - VIN G601897 | $0.00 | N/A | UNKNOWN |
| 47.13. | 2016 FORD F-550 - VIN 44699 | $0.00 | N/A | UNKNOWN |
| 47.14. | 2016 GMC SIERRA - VIN 49130 | $0.00 | N/A | UNKNOWN |
| 47.15. | 2017 FORD F-550 - VIN 24422 | $0.00 | N/A | UNKNOWN |
| 47.16. | 2018 DODGE RAM 2500 VIN 03443 | $0.00 | N/A | UNKNOWN |
| 47.17. | 2019 DODGE RAM 1500 | $0.00 | N/A | UNKNOWN |
| 47.18. | 2019 DODGE RAM 1500 VIN # 1C6RR7FG0KS580746 | $0.00 | N/A | UNKNOWN |
| 47.19. | 2021 FORD F150 - VIN KE35141 | $10,578.27 | N/A | UNKNOWN |
| 47.20. | 2022 RAM 1500 VIN # 3C6RR7KT1NG225258 | $14,826.82 | N/A | UNKNOWN |
| 47.21. | F550 | $13,458.12 | N/A | UNKNOWN |
| 47.22. | F550 | $1,691.14 | N/A | UNKNOWN |
| 47.23. | F550 | $0.00 | N/A | UNKNOWN |
| 47.24. | F550 VIN # 12400 | $6,487.71 | N/A | UNKNOWN |
| 47.25. | F550 VIN # 12407 | $6,342.67 | N/A | UNKNOWN |
| 47.26. | F550 VIN # 14296 | $9,814.54 | N/A | UNKNOWN |
| 47.27. | F550 VIN # 14298 | $15,849.69 | N/A | UNKNOWN |

Debtor    Great Prairie Mid Atlantic, LLC
        (Name)                                                    Case number (if known)   25-90010

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.28. | F550 VIN # 14302 | $13,376.14 | N/A | UNKNOWN |
| 47.29. | F550 VIN # 1D0X5HT3KED95929 | $23,629.77 | N/A | UNKNOWN |
| 47.30. | F550 VIN # 1FDUF5GT7KED32015 | $20,296.55 | N/A | UNKNOWN |
| 47.31. | F550 VIN # 22358 | $16,504.63 | N/A | UNKNOWN |
| 47.32. | F550 VIN # 46273 | $6,787.93 | N/A | UNKNOWN |
| 47.33. | F550 VIN # 4731 | $26,697.61 | N/A | UNKNOWN |
| 47.34. | F550 VIN # 647252 | $7,226.62 | N/A | UNKNOWN |
| 47.35. | F550 VIN # 84208 | $16,615.35 | N/A | UNKNOWN |
| 47.36. | F550 VIN # 84208 | $16,615.35 | N/A | UNKNOWN |
| 47.37. | F750 VIN # 708334 | $4,895.83 | N/A | UNKNOWN |
| 47.38. | FA208 VIN # 4731 | $3,763.91 | N/A | UNKNOWN |
| 47.39. | FORKLIFT | $0.00 | N/A | UNKNOWN |
| 47.40. | FORKLIFT | $0.00 | N/A | UNKNOWN |
| 47.41. | FORKLIFT - 361730A | $0.00 | N/A | UNKNOWN |
| 47.42. | FORKLIFT - CASE 17020490 | $0.00 | N/A | UNKNOWN |
| 47.43. | FORKLIFT - CASE 715251 | $0.00 | N/A | UNKNOWN |
| 47.44. | FORKLIFT - CASE 8957042 | $0.00 | N/A | UNKNOWN |
| 47.45. | FORKLIFT - CASE 9075384 | $0.00 | N/A | UNKNOWN |
| 47.46. | FORKLIFT - DAE CX-02315 | $0.00 | N/A | UNKNOWN |
| 47.47. | FORKLIFT - HYSTER VIN # F006V01909Z | $0.00 | N/A | UNKNOWN |
| 47.48. | FORKLIFT - HYUNDA VIN # HHIHHF08CC0000802 | $0.00 | N/A | UNKNOWN |
| 47.49. | FORKLIFT - JCB VIN # 2252616 | $0.00 | N/A | UNKNOWN |
| 47.50. | FORKLIFT - MD INDUSTRIAL | $21,750.00 | N/A | UNKNOWN |
| 47.51. | GW BECKER 5 TON CRANE | $0.00 | N/A | UNKNOWN |
| 47.52. | GW BECKER CRANE | $32,272.07 | N/A | UNKNOWN |
| 47.53. | RAM 1500 VIN # 392918 | $17,875.00 | N/A | UNKNOWN |
| 47.54. | RAM 1500 VIN # 647252 | $14,625.00 | N/A | UNKNOWN |
| 47.55. | RAM 5500 VIN # 3C7WRMBL7NG187273 | $30,711.43 | N/A | UNKNOWN |
| 47.56. | RAM 5500 VIN # 3C7WRMBL7NG187290 | $30,711.24 | N/A | UNKNOWN |
| 47.57. | RAM 5500 VIN # 3C7WRNBL5NG186662 | $31,898.84 | N/A | UNKNOWN |
| 47.58. | RAM 5500 VIN # 3C7WRNBL9NG186664 | $31,876.77 | N/A | UNKNOWN |
| 47.59. | TRAILER - APPALA VIN # 1SPHF16245S003477 | $0.00 | N/A | UNKNOWN |
| 47.60. | TRUCK | $0.00 | N/A | UNKNOWN |
| **48.** | **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49.** | **AIRCRAFT AND ACCESSORIES** | | | |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. | AC CHARGING STATION | $0.00 | N/A | UNKNOWN |

Debtor  Gulf Protective Atlantic, LLC
(Name)                                                                           Case number (if known)  25-90010

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.2.   AIR COMPRESSORS X 2 | $5,319.31 | N/A | UNKNOWN |
| 50.3.   AIRGAS WELDER/GENERATOR | $1,646.35 | N/A | UNKNOWN |
| 50.4.   CARGO CONTAINERS | $0.00 | N/A | UNKNOWN |
| 50.5.   CARROLL FUEL DIESEL TANK | $11,330.50 | N/A | UNKNOWN |
| 50.6.   DLC COMPUTERS | $0.00 | N/A | UNKNOWN |
| 50.7.   ECO AC MACHINE | $3,728.77 | N/A | UNKNOWN |
| 50.8.   FLOOR JACK & STAND | $0.00 | N/A | UNKNOWN |
| 50.9.   FOLCROFT TOOLS | $0.00 | N/A | UNKNOWN |
| 50.10.  K-LINE COMPUTERS | $0.00 | N/A | UNKNOWN |
| 50.11.  LIBERTY LUB/BA/LUBRICATION SYSTEM | $53,449.96 | N/A | UNKNOWN |
| 50.12.  PRESSURE WASHERS X 4 | $7,367.62 | N/A | UNKNOWN |
| 50.13.  PURCHASE FROM FOLCOMER | $0.00 | N/A | UNKNOWN |
| 50.14.  PURCHASES FROM FEC | $0.00 | N/A | UNKNOWN |
| 50.15.  SHOP TOOLS | $0.00 | N/A | UNKNOWN |
| 50.16.  TAYLOR PUMP & LIFT LUBE SKID | $5,559.00 | N/A | UNKNOWN |
| 50.17.  TORCUP - TU-27 HYD WRENCHES X 5 | $2,158.75 | N/A | UNKNOWN |
| 50.18.  TOTOWA TOOLS | $0.00 | N/A | UNKNOWN |
| 50.19.  TOTOWA TRUCK TOOL BOX | $0.00 | N/A | UNKNOWN |
| 50.20.  VINELAND TOOLS | $0.00 | N/A | UNKNOWN |
| 50.21.  WELDERS X 5 | $5,752.86 | N/A | UNKNOWN |

| | |
|---|---|
| **51  Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | UNDETERMINED |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    REAL PROPERTY**

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   ESSEX BRANCH: 8404 KELSO DRIVE, ESSEX, MD 21221 | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |
| 55.2.   FOLCROFT BRANCH: 1545 HOOK RD, FOLCROFT, PA 19032 | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |
| 55.3.   FREDERICK BRANCH: 1561 TILCO DR, FREDERICK, MD 21704 | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |

Debtor  Gren Tractor Mid Atlantic, LLC _____  Case number (if known) _____
       (Name)

## 55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.4. FREEHOLD BRANCH: 212 MONMOUTH RD, FREEHOLD, NJ 07728 | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |
| 55.5. FREEHOLD LAND: HIGHWAY 34, BLOCK 233 LOTS 22.01 AND 13, HOWELL TOWNSHIP, NJ | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |
| 55.6. GREENWOOD BRANCH: 12420 SUSSEX HWY, GREENWOOD, DE 19950 | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |
| 55.7. TOTOWA BRANCH: 200 BOMONT PL, TOTOWA, NJ 07512 | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |
| 55.8. UPPER MARLBORO BRANCH: 6300 CRAIN HWY, UPPER MARLBORO, MD 20772 | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |
| 55.9. VINELAND BRANCH: 551 N. HARDING HWY, VINELAND, NJ 08360 | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |
| 55.10. WAREHOUSE/STORAGE UNIT: 1600 SQUARE FEET OF WAREHOUSE SPACE, LOCATED AT 217 MERCEDES COURT, WINCHESTER, VA 22603 | LEASED PROPERTY | $0.00 | NET BOOK VALUE | $0.00 |

| 56 | Total of Part 9. ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $0.00 |
|---|---|---|

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
☒ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 10:  INTANGIBLES AND INTELLECTUAL PROPERTY

**59.** DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. WWW.GTMIDATLANTIC.COM | UNKNOWN | N/A | UNKNOWN |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |

Debtor  Grant Prideco Mid-Atlantic, LLC
(Name)                                          Case number (if known)   25-90010

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**65.** GOODWILL

**66** Total of Part 10.
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 11:  ALL OTHER ASSETS**

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** NOTES RECEIVABLE
DESCRIPTION (INCLUDE NAME OF OBLIGOR)
NONE

**72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)
DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| 72.1. | EMPLOYEE RETENTION TAX CREDIT (ERTC) - INTERNAL REVENUE SERVICE | Tax year | 2020 | $664,313.25 |
|---|---|---|---|---|

**73.** INTERESTS IN INSURANCE POLICIES OR ANNUITIES
NONE

**74.** CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)
NONE

**75.** OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS
NONE

**76.** TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY
NONE

**77.** OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| 77.1. | CREDIT CARD RECEIVABLES | $10,356.62 |
|---|---|---|
| 77.2. | GOODS DELIVERED, NOT YET INVOICED - PARTS | $322,144.24 |
| 77.3. | GOODS DELIVERED, NOT YET INVOICED - SERVICE | $37,404.96 |
| 77.4. | WARRANTY RECEIVABLES | $432,250.10 |

Debtor Great Prairie Mid-Atlantic, LLC

(Name)

Case number (if known)  25-90010

| | | |
|---|---|---|
| 78 | **Total of Part 11.**<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $1,466,469.17 |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,850.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $665,755.27 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $6,864,797.42 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | UNDETERMINED | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | UNDETERMINED | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | UNDETERMINED | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1,466,469.17 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $9,000,871.86 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $9,000,871.86 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Groff Tractor Mid Atlantic, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION |
| Case number (if known) | 25-90010 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name** BMO HARRIS BANK, NA **Creditor's mailing address** EQUIPMENT FINANCE DIVISION 1625 WEST FOUNTAINHEAD PARKWAY TEMPE, AZ 85282 **Creditor's email address** **Date or dates debt was incurred** 2022-03-21 **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Describe debtor's property that is subject to a lien** CONSTRUCTION EQUIPMENT MANUFACTURED BY RUBBLE MASTER **Describe the lien** SECURED LIEN **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☒ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☒ Unliquidated ☐ Disputed | | $188,783.86 | UNKNOWN |
| 2.2 | **Creditor's name** BOKF, NA DBA BANK OF TEXAS **Creditor's mailing address** P.O. BOX 29775 DALLAS, TX 75229-9775 **Creditor's email address** **Date or dates debt was incurred** 2021-09-02 **Last 4 digits of account number:** 14.0 **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **Describe debtor's property that is subject to a lien** CONSTRUCTION EQUIPMENT FROM VARIOUS OEMS **Describe the lien** SECURED LIEN **Is the creditor an insider or related party?** ☒ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☒ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☒ Unliquidated ☐ Disputed | | $3,366,532.08 | UNKNOWN |

Debtor  Great Prairie Mid Atlantic, LLC    Case number (if known)  25-90010

(Name)

| **Part 1:** | **Additional Page** |

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.3 | **Creditor's name**<br>CNH INDUSTRIAL CAPITAL AMERICA LLC<br><br>**Creditor's mailing address**<br>5729 WASHINGTON AVENUE<br>RACINE, WA  53406<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2017-08-31<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL OF DEALER'S NOW OWNED AND HEREAFTER ACQUIRED INVENTORY, EQUIPMENT, SOFTWARE AND OTHER GOODS WHEREVER LOCATED, OF WHATEVER KIND, MAKE, MODEL, BRAND OR NATURE, THAT HAVE BEEN OR HEREAFTER ARE OBTAINED FROM CNH CAPITAL<br><br>**Describe the lien**<br>SECURED LIEN - WHOLESALE FINANCING AND SECURITY AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $25,705,069.00 | UNKNOWN |
| 2.4 | **Creditor's name**<br>CNH INDUSTRIAL CAPITAL AMERICA LLC<br><br>**Creditor's mailing address**<br>5729 WASHINGTON AVENUE<br>RACINE, WA  53406<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2019-08-01<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF GTMA'S ASSETS<br><br>**Describe the lien**<br>SECURED LIEN - EXTENDED TERM NOTE<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $1,176,888.88 | UNKNOWN |

| Debtor | Croft Tractor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | | Column A | Column B |
|---|---|---|---|---|---|
| | | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | | *Do not deduct the value of collateral.* | |

| 2.5 | **Creditor's name** CNH INDUSTRIAL CAPITAL AMERICA LLC | **Describe debtor's property that is subject to a lien** | $542,006.00 | UNKNOWN |
|---|---|---|---|---|

**Creditor's name**
CNH INDUSTRIAL CAPITAL AMERICA LLC

**Creditor's mailing address**
5729 WASHINGTON AVENUE
RACINE, WA  53406

**Creditor's email address**

**Date or dates debt was incurred**
2017-08-31

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

ALL OF DEALER'S NOW OWNED AND HEREAFTER ACQUIRED INVENTORY, EQUIPMENT, SOFTWARE AND OTHER GOODS WHEREVER LOCATED, OF WHATEVER KIND, MAKE, MODEL, BRAND OR NATURE, THAT HAVE BEEN OR HEREAFTER ARE OBTAINED FROM CNH CAPITAL

**Describe the lien**
SECURED LIEN - RETAIL FINANCING AGREEMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: $542,006.00
Value of collateral that supports this claim: UNKNOWN

---

**Creditor's name**
DELAGE LANDEN FINANCIAL SERVICES, INC

**Creditor's mailing address**
8001 BIRCHWOOD COURT
PO BOX 2000
JOHNSTON, IA  50131-2930

**Creditor's email address**

**Date or dates debt was incurred**
2018-03-03

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
CONSTRUCTION EQUIPMENT MANUFACTURED BY ROADTEC

**Describe the lien**
SECURED LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

2.6
Amount of claim: $637,391.26
Value of collateral that supports this claim: UNKNOWN

Debtor  Gulf Tractor Mid Atlantic, LLC _____  Case number (if known) _____
        (Name)

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.7 | **Creditor's name**<br>DEUTSCHE LEASING USA, INC.<br><br>**Creditor's mailing address**<br>190 SOUTH LASALLE STREET<br>SUITE 2150<br>CHICAGO, IL 60603<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2023-02-01<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CONSTRUCTION EQUIPMENT FROM VARIOUS OEMS<br><br>**Describe the lien**<br>SECURED LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $719,931.34 | UNKNOWN |
| 2.8 | **Creditor's name**<br>DEUTSCHE LEASING USA, INC.<br><br>**Creditor's mailing address**<br>190 SOUTH LASALLE STREET<br>SUITE 2150<br>CHICAGO, IL 60603<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2018-06-07<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CONSTRUCTION EQUIPMENT FROM VARIOUS OEMS<br><br>**Describe the lien**<br>SECURED LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $293,796.08 | UNKNOWN |
| 2.9 | **Creditor's name**<br>MANUFACTURERS AND TRADERS TRUST COMPANY<br><br>**Creditor's mailing address**<br>ONE M&T PLAZA<br>BUFFALO, NY 14203<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CONSTRUCTION EQUIPMENT FROM VARIOUS OEMS<br><br>**Describe the lien**<br>SECURED LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $75,468,890.00 | UNKNOWN |

| Debtor | Gulf Precision Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | **Column A** | **Column B** |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.10**

**Creditor's name**
PEOPLE'S UNITED EQUIPMENT FINANCE CORP.

**Creditor's mailing address**
300 FRANK W. BURR BLVD.
SUITE 50
TEANECK, NJ 07666

**Creditor's email address**

**Date or dates debt was incurred**
2021-07-27

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
CONSTRUCTION EQUIPMENT MANUFACTURED BY EAGLE

**Describe the lien**
SECURED LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.11**

**Creditor's name**
U.S. BANK

**Creditor's mailing address**
P.O. BOX 4900
PORTLAND, OR 97208-4900

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
CONSTRUCTION EQUIPMENT FROM VARIOUS OEMS

**Describe the lien**
SECURED LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: $472,117.91
Value of collateral: UNKNOWN

---

**2.12**

**Creditor's name**
VOLVO FINANCIAL SERVICES NORTH AMERICA

**Creditor's mailing address**
4525 W. GATE CITY BLVD
GREENSBORO, NC 27407

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
CONSTRUCTION EQUIPMENT MANUFACTURED BY ROKBAK

**Describe the lien**
SECURED LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: $6,045,742.32
Value of collateral: UNKNOWN

Debtor   Gulf Harbor Mid Atlantic, LLC                          Case number (if known)   25-90010

(Name)

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $114,617,148.73 |
|----|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Groff Tractor Mid Atlantic, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION |
| Case number (if known) | 25-90010 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>BORO OF BUENA TAX COLLECTOR<br>616 CENTRAL AVE<br>MINOTOLA, NJ 8341<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,216.47 | $14,216.47 |
| **2.2** | **Priority creditor's name and mailing address**<br>BORO OF TOTOWA TAX COLLECTOR<br>537 TOTOWA RD<br>TOTOWA, NJ 7512<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $39,398.64 | $17,150.00 |
| **2.3** | **Priority creditor's name and mailing address**<br>CARCIONE, ROBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>COMMISSION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,980.48 | $6,980.48 |

Debtor   Gulf Harbor Mid Atlantic, LLC                    Case number (if known)   25-90010

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.4 | **Priority creditor's name and mailing address**<br>CODER, RYAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SALARY AND COMMISSION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,334.31 | $17,150.00 |
| 2.5 | **Priority creditor's name and mailing address**<br>COMPTROLLER OF MARYLAND<br>STATE LICENSE BUREAU<br>LLG TREASURY BUILDING<br>80 CALVERT STREET, ROOM 314<br>ANNAPOLIS, MD 21404-1751<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>BUSINESS LICENSES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,780.00 | $1,780.00 |
| 2.6 | **Priority creditor's name and mailing address**<br>DC TREASURER<br>OFFICE OF FINANCE & TREASURY<br>1101 4TH ST SW, STE 850W<br>WASHINGTON, DC 20024<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DC TREASURER/ MA<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $260.40 | $260.40 |
| 2.7 | **Priority creditor's name and mailing address**<br>DELAWARE COUNTY TREASURER<br>201 W FRONT ST<br>MEDIA, PA 19063-2708<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,934.14 | $2,934.14 |
| 2.8 | **Priority creditor's name and mailing address**<br>EVANS, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SALARY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $512.00 | $512.00 |

| Debtor | Gold Flora Mid Atlantic, LLC | | Case number (if known) | 25-90010 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.9 | **Priority creditor's name and mailing address**<br>GRUCA, TOMASZ<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SALARY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $769.23 | $769.23 |
| 2.10 | **Priority creditor's name and mailing address**<br>HIGGINS, CHRISTOPHER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>COMMISSION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.00 | $9.00 |
| 2.11 | **Priority creditor's name and mailing address**<br>KNOTT, WILLIAM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SALARY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $292.31 | $292.31 |
| 2.12 | **Priority creditor's name and mailing address**<br>LEDWELL, JACOB<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SALARY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $608.00 | $608.00 |
| 2.13 | **Priority creditor's name and mailing address**<br>NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY  12227<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>SALES AND USE TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,076.32 | $2,076.32 |

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Crush Tractor Mid Atlantic, LLC                                          Case number (if known)  25-90010

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.14**  **Priority creditor's name and mailing address**

NOTARCOLA, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
COMMISSION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $12,937.91   Priority amount: $12,937.91

---

**2.15**  **Priority creditor's name and mailing address**

OFFICE OF TAX AND REVENUE
PO BOX 96384
WASHINGTON, DC  20090-6384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES AND USE TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $52.80   Priority amount: $52.80

---

**2.16**  **Priority creditor's name and mailing address**

PA DEPARTMENT OF REVENUE
PO BOX 280905
HARRISBURG, PA  17128-0905

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALES AND USE TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $39,043.52   Priority amount: $17,150.00

---

**2.17**  **Priority creditor's name and mailing address**

PRINCE GEORGE'S COUNTY, MARYLAND
OFFICE OF FINANCE, TREASURY DIVISION
1301 MCCORMICK DRIVE, SUITE 1100
LARGO, MD  20774

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
BUSINESS PERSONAL PROPERTY
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $12,902.21   Priority amount: $12,902.21

---

**2.18**  **Priority creditor's name and mailing address**

SADLER, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SALARY AND COMMISSION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $7,919.01   Priority amount: $7,919.01

Debtor  Great Prairie Mid-Atlantic, LLC
        (Name)

Case number (if known)  25-90010

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.19** | **Priority creditor's name and mailing address**<br>STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>3 JOHN FITCH WAY, 1ST FL LOBBY<br>TRENTON, NJ  8695<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SALES TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $70,786.00 | $17,150.00

**2.20** | **Priority creditor's name and mailing address**<br>STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>3 JOHN FITCH WAY, 1ST FL LOBBY<br>TRENTON, NJ  8695<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,136.50 | $1,136.50

**2.21** | **Priority creditor's name and mailing address**<br>SUSSEX COUNTY, DELAWARE<br>SUSSEX COUNTY ADMINISTRATIVE OFFICE<br>BLDG.<br>PO BOX 601, 2 THE CIRCLE<br>GEORGETOWN, DE  19947<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,250.00 | $5,250.00

**2.22** | **Priority creditor's name and mailing address**<br>TREGOE, BRIAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SALARY AND COMMISSION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,069.80 | $4,069.80

**2.23** | **Priority creditor's name and mailing address**<br>VIRGINIA DEPARTMENT OF TAXATION<br>P.O. BOX 760<br>RICHMOND, VA  23218-0760<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SALES AND USE TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,179.69 | $2,179.69

| Debtor | Great Harbor Mid-Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.24 | **Priority creditor's name and mailing address** | $655.03 | $655.03 |
| | WEST VIRGINIA TAX DIVISION | | |
| | 1001 LEE STREET EAST | | |
| | CHARLESTON, WV  25301 | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SALES AND USE TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $15,834.63 |
| | 1561 TILCO, LLC | |
| | 4814 WATER PARK DRIVE | |
| | BELCAMP, MD  21017 | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | $1,991.00 |
|---|---|---|
| | ABC CHESAPEAKE SHORES | |
| | 100 WEST ST | |
| | ANNAPOLIS, MD  21401-2802 | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | $1,142.06 |
|---|---|---|
| | ACME UNIFORMS | |
| | PO BOX 9 | |
| | BRISTOL, PA  19007-0009 | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Cott Holding Mid Atlantic LLC | Case number (if known) | 25-90010 |
|--------|-------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | | | Amount of claim |
|---|---|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.4**

**Nonpriority creditor's name and mailing address**

ACS INDUSTRIES INC
PO BOX 810
KENT, OH  44240-0017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,331.61

---

**3.5**

**Nonpriority creditor's name and mailing address**

ADECCO INC
4800 DEERWOOD CAMPUS PARKWAY
JACKSONVILLE, FL  32246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,323.20

---

**3.6**

**Nonpriority creditor's name and mailing address**

ADVANCE TIRE INC
1000 RIKE DR
MILLSTONE TOWNSHIP, NJ  08535-8501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,715.00

---

**3.7**

**Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
PO BOX 734445
CHICAGO, IL  60673-4445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,166.25

---

**3.8**

**Nonpriority creditor's name and mailing address**

ALLIED INFORMATION NETWORKS
PO BOX 40
KELSEYVILLE, CA  95451-0040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,730.00

---

| Debtor | Great Harbor Mid-Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| | | | Amount of claim |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,972.48 |
| | | Check all that apply. | |
| | ALLIED PEDESTAL BOOM SYSTEMS LLC | | |
| | 360 EASTPARK DR | ☐ Contingent | |
| | NORWALK, OH  44857-9500 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $314.54 |
| | | Check all that apply. | |
| | ALLISON PEST CONTROL | | |
| | 1675 NJ-34 S | ☐ Contingent | |
| | WALL TOWNSHIP, NJ  07727 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,870.30 |
| | | Check all that apply. | |
| | ALTERNATOR STARTER REBUILDERS INC | | |
| | 450 S BURHANS BLVD | ☐ Contingent | |
| | HAGERSTOWN, MD  21740-5341 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $541.50 |
| | | Check all that apply. | |
| | AMERICAN DISPOSAL SYSTEMS, INC | | |
| | 4575 TORRESDALE AVE, STE 1A | ☐ Contingent | |
| | PHILADELPHIA, PA  19124 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,841.00 |
| | | Check all that apply. | |
| | AMERICAN EXPRESS CO | | |
| | PO BOX 1270 | ☐ Contingent | |
| | NEWARK, NJ  07101-1270 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor  Gulf Tractor Mid Atlantic, LLC

(Name)

Case number (if known)  25-90010

---

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,578.66 |
| | AMERICAN HOSE & HYDRAULICS | *Check all that apply.* | |
| | 251 LONGFELLOW AVE | ☐ Contingent | |
| | BRONX, NY  10474 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $159.34 |
| | AQUA PENNSYLVANIA, INC. | *Check all that apply.* | |
| | 762 WEST LANCASTER AVE | ☐ Contingent | |
| | BRYN MAWR, PA  19010 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,034.00 |
| | ARC AUTO GLASS CO | *Check all that apply.* | |
| | 560 UNION BLVD | ☐ Contingent | |
| | TOTOWA, NJ  07512-2419 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,292.07 |
| | ARROW DIV OF WHITTENDALE EXC | *Check all that apply.* | |
| | 1490 GLEN AVE | ☐ Contingent | |
| | MOORESTOWN, NJ  08057-1100 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,009.25 |
| | ARROW MATERIAL HANDLING PRODUCTS | *Check all that apply.* | |
| | 16000 W 108TH ST | ☐ Contingent | |
| | LENEXA, KS  66219 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor  Craft Tractor Mid Atlantic, LLC
        (Name)

Case number (if known)  25-90010

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $5,800.99 |

**Nonpriority creditor's name and mailing address**
ARUNDEL DIESEL & PERFORMANCE INC.
507-B SHAW CT
SEVERN, MD  21144

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,800.99

---

| 3.20 | |

**Nonpriority creditor's name and mailing address**
ATI CORPORATION
250 EARLAND DR
NEW HOLLAND, PA  17557-1505

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $20,680.00

---

| 3.21 | |

**Nonpriority creditor's name and mailing address**
ATLANTIC BELT & INDUSTRIAL SUPPLY
287 CHEESEQUAKE RD, BLDG 1, UNITS J&K
PARLIN, NJ  08859

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $11,824.77

---

| 3.22 | |

**Nonpriority creditor's name and mailing address**
ATLANTIC CITY ELECTRIC
PO BOX 13610
PHILADELPHIA, PA  19101-3610

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,461.43

---

| 3.23 | |

**Nonpriority creditor's name and mailing address**
ATLANTIC CRANE INSPECTION SE
PO BOX 747
BENSALEM, PA  19020-0747

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,708.22

| Debtor | Great Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---:|

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $350.00 |
| | ATLANTIC DPF EXPERTS, LLC <br> 5802 BUFFALO RD <br> MT AIRY, MD  21771 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $463.75 |
| | ATLANTIC FIRE & SAFETY (BRIAN WINKL <br> 4665 PHILLIPS RD <br> LA PLATA, MD  20646 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $943.72 |
| | ATLAS WELDING & SUPPLY <br> 808 BROOK RD <br> LAKEWOOD, NJ  08701 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $4,185.00 |
| | AUTOMOTIVE PARTS & MACHINE OF FREDE <br> 900 EAST PATRICK ST <br> FREDERICK, MD  21701 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $455.32 |
| | AUTOMOTIVE PARTS, INC. <br> 809 E LANDIS AVE <br> VINELAND, NJ  08360-8002 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| Debtor | Great Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,204.02 |
| | AVANT TECNO USA INC<br>1450 E ALGONQUIN RD<br>ARLINGTON HEIGHTS, IL  60005-4716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $438.42 |
| | B SAFE LLC<br>PO BOX 821349<br>PHILADELPHIA, PA  19182-1349 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,279.27 |
| | BAGELA USA, LLC<br>70 PLATT RD<br>SHELTON, CT  6460 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $967.30 |
| | BAILEY'S SQ JANITORIAL SE<br>11 MARCY ST<br>FREEHOLD, NJ  07728-2301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $7,535.18 |
| | BARNWELL TIRES<br>65 JETSON LN<br>CENTRAL ISLIP, NY  11722-1202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   Grell Precast Mid Atlantic LLC

(Name)

Case number (if known)   25-90010

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $138,233.24 |
|---|---|---|---|

BATEMAN MANUFACTURING
5 WINSTAR RD ORO-MEDONTE
ORO-MEDONTE, ON  L0L 2L0
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75,000.00 |
|---|---|---|---|

BDO USA LLP
1801 MARKET ST STE 1700
PHILADELPHIA, PA  19103-1634

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,255.49 |
|---|---|---|---|

BESTPASS INC
PO BOX 786587
PHILADELPHIA, PA  19178-6587

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99.52 |
|---|---|---|---|

BGE
PO BOX 13070
PHILADELPHIA, PA  19101-3070

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $83,734.70 |
|---|---|---|---|

BILLTRUST
75 REMITTANCE DR STE 1394
CHICAGO, IL  60675-1394

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Great Harbor Mile Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>BILLY WARREN AND SON, LLC<br>7040 HICKMAN RD<br>GREENWOOD, DE  19950<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $295.62 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>BIRMINGHAM VENTURES, LLC<br>1545 HOOK ROAD<br>FOLCROFT, PA  19032<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,005.00 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>BLUE DIAMOND ATTACHMENTS<br>PO BOX 306420<br>NASHVILLE, TN  37230-6420<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,198.70 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>BMS WELDING & REPAIR<br>1803 UNION VALLEY RD W<br>MILFORD, NJ  7480<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,315.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>BOB WILLEY & SONS INC<br>16705 HARBESON RD<br>MILTON, DE  19968<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,065.43 |

Debtor     Great Prairie Mid Atlantic, LLC               Case number (if known)    25-90010

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| | | |
| --- | --- | --- |
| 3.44 | **Nonpriority creditor's name and mailing address** | $81.31 |
| | BOBCAT OF FREDERICK DBA CROWNSTONE | |
| | PO BOX 233 | |
| | HANOVER, PA 17331-0233 | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.45 | **Nonpriority creditor's name and mailing address** | $10,120.35 |
| | BOMAG AMERICAS INC | |
| | DEPT 4368 | |
| | CAROL STREAM, IL 60122 | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.46 | **Nonpriority creditor's name and mailing address** | $631.44 |
| | BORO OF TOTOWA | |
| | MUNICIPAL BLDG | |
| | TOTOWA, NJ 7512 | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.47 | **Nonpriority creditor's name and mailing address** | $333.27 |
| | BRITTON INDUSTRIES INC | |
| | PO BOX 6499 | |
| | LAWRENCE TOWNSHIP, NJ 08648-0499 | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.48 | **Nonpriority creditor's name and mailing address** | $1,208.40 |
| | BROOKS & BROOKS SERVICES, INC. | |
| | 5550 TUXEDO RD, STE D | |
| | HYATTSVILLE, MD 20781 | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Great Prairie Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,358.52

BUDGET OF HARRISBURG
1998 W HARRISBURG PIKE
MIDDLETOWN, PA  17057-4916

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | $62.01

BULLDOG
PO BOX 744721
ATLANTA, GA  303744721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | $27,412.80

BULLDOG INDUSTRIES
900 W VALLEY RD
WAYNE, PA  19087-1830

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | $1,018.63

BURLINGTON INSTALLATION CO
PO BOX 9102
WICHITA, KS  67277-0102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | $224.13

C V DIESEL SERVICE INC
15261 MOLLY PITCHER HWY
GREENCASTLE, PA  17225-9448

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Giant Tractor Mid Atlantic, LLC                    Case number (if known)   25-90010

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,540.72

CARROLL INDEPENDENT FUEL, LLC
18 LOVETON CIR
SPARKS-GLENCOE, MD  21152

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,802.56

CARTER MACHINERY COMPANY INC
PO BOX 751053
CHARLOTTE, NC  28275-1053

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,250.00

CEO LOGISTICS
153 MAYO RD
EDGEWATER, MD  21037-1852

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,289.95

CHERRY VALLEY TRACTOR SALES
35 ROUTE 70 W
MARLTON, NJ  08053-3099

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,275.00

CHESAPEAKE COOLING SOLUTIONS LLC
PO BOX 2208
DECATUR, AL  35609-2208

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Gulf Fiberor Mid-Atlantic, LLC | Case number (if known) | 25-90010 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,547.50 |

CHESAPEAKE LANDSCAPE MATERIALS
PO BOX 830
SEVERNA PARK, MD  21146-0830

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67,000.00 |

CIGNA
CHLIC
PITTSBURGH, PA  152644546

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,127.18 |

CINTAS CORPORATION
PO BOX 639990
CINCINNATI, OH  45263-9990

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,375.77 |

CINTAS CORPORATION NO 2
PO BOX 639990
CINCINNATI, OH  45263-9990

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,749.87 |

CINTAS FIRST AID & SAFETY
1705 CORPORATE DR, STE 440
NORCROSS, GA  30093

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Great Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,215.00 |
| | CITY RADIATOR, INC. | *Check all that apply.* | |
| | 1410 MANNING BLVD | ☐ Contingent | |
| | LEVITTOWN, PA 19057 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,027.01 |
| | CLEAN CHEM INC | *Check all that apply.* | |
| | PO BOX 155 | ☐ Contingent | |
| | MINOTOLA, NJ 08341-0155 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,485.00 |
| | COASTAL TOWING & REPAIR INC | *Check all that apply.* | |
| | 33012 CEDAR GROVE RD | ☐ Contingent | |
| | LEWES, DE 19958-4644 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $376.40 |
| | COCKEY'S ENTERPRISES INC | *Check all that apply.* | |
| | 3300 TRANSWAY RD | ☐ Contingent | |
| | HALETHORPE, MD 21227 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,674.77 |
| | COLLIFLOWER INC | *Check all that apply.* | |
| | PO BOX 826398 | ☐ Contingent | |
| | PHILADELPHIA, PA 19182-6398 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Great Prairie Mild Atlantic, LLC | Case number (if known) | 25-90010 |
|--------|------|------|------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|--------|------|

| | | Amount of claim |
|---|---|---|
| | | |

**3.69**

**Nonpriority creditor's name and mailing address**

COLUMBIA RUBBER CORP
10400 TUCKER ST
BELTSVILLE, MD  20705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,698.92

---

**3.70**

**Nonpriority creditor's name and mailing address**

COMCAST
PO BOX 70219
PHILADELPHIA, PA  19176-0219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$593.00

---

**3.71**

**Nonpriority creditor's name and mailing address**

COMMUNITY OIL COMPANY
PO BOX 326
MALAGA, NJ  08328-0326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,806.92

---

**3.72**

**Nonpriority creditor's name and mailing address**

COMPASS WIRE CLOTH CORP.
1942 N MILL RD
VINELAND, NJ  08360-2030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,175.04

---

**3.73**

**Nonpriority creditor's name and mailing address**

COMPTON CONTRACT SERVICES, LLC
PO BOX 1636
CLINTON, MD  20735-5636

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,363.00

Debtor    Great Prairie Mid Atlantic, LLC    Case number (if known)  25-90010

    (Name)

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $812.97 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CENTER DR
CHICAGO, IL  60693-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$812.97

---

3.75    **Nonpriority creditor's name and mailing address**

CONTRACTORS CONNECTION
850 WILMINGTON ST
WASHINGTON, PA  15301-5434

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,600.00

---

3.76    **Nonpriority creditor's name and mailing address**

CO-OP INDUSTRIES, INC
11383 BROSIUS RD
GARRETTSVILLE, OH  44231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,419.20

---

3.77    **Nonpriority creditor's name and mailing address**

COSDA FARM LLC
8501 CONTRACTORS RD
ROSEDALE, MD  21237-3001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,778.46

---

3.78    **Nonpriority creditor's name and mailing address**

COSSENTINO CONTRACTING CPU @ UM
8505 CONTRACTORD ROAD
BALTIMORE, MD  21237

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$520.00

| Debtor | Crown Holdings Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,413.00 |

**Nonpriority creditor's name and mailing address**

3.79

CRAIG MFG USA INC
408 COMMERCE WAY
ETHRIDGE, TN 38456-1202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,413.00

---

3.80

**Nonpriority creditor's name and mailing address**

CRANE 1 SERVICES INC
PO BOX 952045
CLEVELAND, OH 44193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$987.40

---

3.81

**Nonpriority creditor's name and mailing address**

CREEKSTONE LANDSCAPE & EXCAV LLC
12729 LANE S RUN RD
BIG POOL, MD 21711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,024.00

---

3.82

**Nonpriority creditor's name and mailing address**

CRESTON HYDRAULICS INC.
53 FLOCK RD
HAMILTON, NJ 08619

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.44

---

3.83

**Nonpriority creditor's name and mailing address**

CROWN HYDRAULICS
2610 S BLACK HORSE PIKE
WILLIAMSTOWN, NJ 08094-7505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,958.96

Debtor  Grant Hardfor Mid Atlantic, LLC  Case number (if known)  25-90010

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.84 | **Nonpriority creditor's name and mailing address** | $1,234.19 |
|---|---|---|

| | **As of the petition filing date, the claim is:** |
|---|---|
| CRYSTAL SPRINGS | *Check all that apply.* |
| PO BOX 660579 | ☐ Contingent |
| DALLAS, TX 75266-0579 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

| 3.85 | **Nonpriority creditor's name and mailing address** | $1,165.28 |
|---|---|---|

| **As of the petition filing date, the claim is:** |
| CUMBERLAND FIRE PROTECTION | *Check all that apply.* |
| PO BOX 1538 | ☐ Contingent |
| MILLVILLE, NJ 08332-8538 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

| 3.86 | **Nonpriority creditor's name and mailing address** | $6,993.00 |
|---|---|---|

| **As of the petition filing date, the claim is:** |
| CUMMINGS & BRICKER INC | *Check all that apply.* |
| 90 STOVER DR | ☐ Contingent |
| CARLISLE, PA 17015 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

| 3.87 | **Nonpriority creditor's name and mailing address** | $56,334.86 |
|---|---|---|

| **As of the petition filing date, the claim is:** |
| CUMMINS SALES & SERVICE | *Check all that apply.* |
| 500 JACKSON ST | ☐ Contingent |
| COLUMBUS, IN 47201 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

| 3.88 | **Nonpriority creditor's name and mailing address** | $540.53 |
|---|---|---|

| **As of the petition filing date, the claim is:** |
| CURRY FLUID POWER | *Check all that apply.* |
| 1425 11TH AVE | ☐ Contingent |
| ALTOONA, PA 16601-3303 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

| Debtor | Croft Hrestor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,631.06 |
| | CUSTOM BANDAGE, INC. | *Check all that apply.* | |
| | 401 E LINDEN AVE | ☐ Contingent | |
| | LINDEN, NJ 07036-2411 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $324.54 |
| | DAVID STROMAN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $700.80 |
| | DELAWARE SOLID WASTE AUTHORITY | *Check all that apply.* | |
| | 601 ENERGY LN | ☐ Contingent | |
| | DOVER, DE 19901-4991 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $785.00 |
| | DELMARVA AUTO GLASS, INC. | *Check all that apply.* | |
| | 2121 W ZION RD | ☐ Contingent | |
| | SALISBURY, MD 21801 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $455.77 |
| | DELMARVA POWER | *Check all that apply.* | |
| | PO BOX 13609 | ☐ Contingent | |
| | PHILADELPHIA, PA 19101-3609 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor  Great Prairie Wild Atlantic, LLC                                    Case number (if known)  25-90010

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,827.28 |
|---|---|---|---|

DEPCO INC
10900 N STATE RD 37
ELWOOD, IN 46036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $969.71 |
|---|---|---|---|

DIAMOND MOWERS LLC
350 E 60TH ST N
SIOUX FALLS, SD 57104-0423

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $274.54 |
|---|---|---|---|

DIESEL FUEL SYSTEMS
189 HURRICANE SHOALS RD NW
LAWRENCEVILLE, GA 30046-4425

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,492.97 |
|---|---|---|---|

DIGGA NORTH AMERICA LLC
PO BOX 307
DYERSVILLE, IA 52040-0307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $222.60 |
|---|---|---|---|

DIGITAL PROTECTION SERVICES INC
520 MCCORMICK DR
GLEN BURNIE, MD 21061-3284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Craft Tractor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,581.36 |
|---|---|---|---|

DREAMLAND REAL ESTATE, LLC
C/O CARUSO EXCAVATING
PO BOX 2043
OCEAN TOWNSHIP, NJ 07712

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $625.00 |
|---|---|---|---|

DUNELLEN AUTO GLASS
148 NORTH AVE
DUNELLEN, NJ 08812-1217

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,712.61 |
|---|---|---|---|

E & L CLEANING SOLUTIONS
439 MAIN ST
ORANGE, NJ 07050

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $346,449.17 |
|---|---|---|---|

E D ETNYRE & COMPANY
1333 S DAYSVILLE RD
OREGON, IL 61061

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,534.08 |
|---|---|---|---|

EAST COAST FACILITIES
1324 SHERMAN ST
ALLENTOWN, PA 18109-1765

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Gulf Frac/or Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $20,233.38 |
|---|---|---|---|
| | EASTERN ALLIANCE INSURANCE GROUP <br> PO BOX 788961 <br> PHILADELPHIA, PA 19178-8961 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $900.00 |
|---|---|---|---|
| | EASTERN METAL SPRAY <br> 7362 MELROSE ST <br> PHILADELPHIA, PA 19136 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $13,669.92 |
|---|---|---|---|
| | EDECO SOUTHWEST SVC DBA BEARCAT MFG <br> 3650 N SABIN BROWN RD <br> WICKENBURG, AZ 85390-1022 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $304,933.70 |
|---|---|---|---|
| | E-EMPHASYS TECHNOLOGIES INC <br> 2501 WESTON PKWY, STE 101 <br> CARY, NC 27513 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $896.72 |
|---|---|---|---|
| | ENCORE FIRE PROTECTION <br> 1340 CAMPUS PKWY STE B4 <br> WALL TOWNSHIP, NJ 07753-6830 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

Debtor  Cheri Fischer Mid Atlantic, LLC                                    Case number (if known)   25-90010
        (Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $321.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ENGINAIRE
1201 NORWOOD RD STE 150
JANESVILLE, WI  53545-0721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$321.50

---

**Nonpriority creditor's name and mailing address**

EPG INSURANCE INC
PO BOX 171199
MEMPHIS, TN  38187-1199

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$239,159.39

---

**Nonpriority creditor's name and mailing address**

EPIROC USA LLC
PO BOX 200948
PITTSBURGH, PA  15251-0948

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$181,265.86

---

**Nonpriority creditor's name and mailing address**

EQUIPMENT TRADE SERVICE CO INC
20 E WINONA AVE
NORWOOD, PA  19074-1210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$395.24

---

**Nonpriority creditor's name and mailing address**

ERSKINE ATTACHMENTS INC
DEPT CH17715
PALATINE, IL  60055-7715

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,592.70

Debtor  Grof-Tractor Mid Atlantic, LLC     Case number (if known)   25-90010

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,778.81 |
|---|---|---|---|

3.114

**Nonpriority creditor's name and mailing address**

ESECO, EASTERN SHORE EQUIP. CO., IN
99 VEPCO BLVD
CAMDEN, DE  19934-2226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,778.81

---

3.115

**Nonpriority creditor's name and mailing address**

FAE USA INC
OAKWOOD INDUSTRL PRK
FLOWERY BRANCH, GA  30542

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,590.41

---

3.116

**Nonpriority creditor's name and mailing address**

FERRUCCI'S LAWN & GARDEN
518 HARDING HWY
LANDISVILLE, NJ  8326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,895.52

---

3.117

**Nonpriority creditor's name and mailing address**

FINGERS RADIATOR HOSPITAL INC
2006 RTE 1 NORTH
NORTH BRUNSWICK, NJ  8902

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,515.00

---

3.118

**Nonpriority creditor's name and mailing address**

FIRELINE CORPORATION
4506 HOLLINS FERRY RD
HALETHORPE, MD  21227-4609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.00

Debtor  Great Prairie Mile Atlantic, LLC                          Case number (if known)  25-90010
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.119 | **Nonpriority creditor's name and mailing address**<br><br>FLECO ATTACHMENTS INC.<br>9191 INDUSTRIAL BLVD NE<br>LELAND, NC  28451<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,456.00 |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address**<br><br>FLOWLINE COMPONENTS INC<br>PO BOX 841388<br>DALLAS, TX  75284-1388<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,032.32 |
| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>FOLCOMER PROPERTIES, LLC<br>4814 WATER PARK DRIVE<br>BELCAMP, MD  21017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,767.55 |
| 3.122 | **Nonpriority creditor's name and mailing address**<br><br>FOLEY INC<br>PO BOX 787132<br>PHILADELPHIA, PA  19178-7132<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $859.72 |
| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>FRANCOTYP-POSTALIA, INC.<br>900 LANIDEX PLZ<br>PARSIPPANY, NJ  07054-2707<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $111.14 |

Debtor Craft Brew Mid Atlantic LLC     Case number (if known) 25-90010
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>FRED HARZ & SON<br>26 CHESTNUT ST<br>ELMER, NJ  8318<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $434.82 |

| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>FREDERICK HEALTH EMPLOYER SOLUTIONS<br>PO BOX 37581<br>BALTIMORE, MD  21297-3581<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110.00 |

| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>FREEDOMPAY INC<br>75 REMITTANCE DR  STE 1127<br>CHICAGO, IL  60675-1127<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,206.97 |

| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>FREEHOLD CARTAGE INC.<br>825 PARK AVE<br>FREEHOLD, NJ  7728<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $569.14 |

| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>FREEHOLD FORD<br>3572 US HIGHWAY 9<br>FREEHOLD, NJ  07728-8570<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,041.44 |

| Debtor | Great Plastic Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,132.57 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

G E MECHANICAL LLC
2316 S MAIN RD
VINELAND, NJ  08360-7137

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.130  **Nonpriority creditor's name and mailing address**

GENTILINI FORD
555 JOHN S PENN BLVD
WOODBINE, NJ  08270-2634

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$930.32

---

3.131  **Nonpriority creditor's name and mailing address**

GENUINE PARTS CO 092
2999 WILDWOOD PKWY
ATLANTA, GA  30339

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,271.48

---

3.132  **Nonpriority creditor's name and mailing address**

GIORDANO'S RECYCLING
110 N MILL RD
VINELAND, NJ  8360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$969.15

---

3.133  **Nonpriority creditor's name and mailing address**

GPS INSIGHT LLC
DEPT LA 25460
PASADENA, CA  91185-5460

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,993.20

Debtor    Gulf Tractor Mid Atlantic, LLC    Case number (if known)    25-90010
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.134 | **Nonpriority creditor's name and mailing address** | $479.08 |

GRAINGER
100 GRAINGER PARKWAY
LAKE FOREST, IL  60045-5201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | $5,914.48 |

GREAT AMERICA FINANCIAL SERVICES
625 FIRST ST SE
CEDAR RAPIDS, IA  52401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | $36,460.00 |

GREAT LAKES POWER SERVICE
450 RIVERPORT DR
LEETSDALE, PA  15056-1020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | $965.20 |

GREEN MACHINE EQUIPMENT INC
1001 E DELAVAN AVE
BUFFALO, NY  14215-3148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | $3,436.00 |

GREENTREE TRANSPORTATION CO.
200 AIRSIDE DR, STE 260
MOON TOWNSHIP, PA  15108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.139** | **Nonpriority creditor's name and mailing address**
GREENVIEW LANDSCULPTING LLC
PO BOX 192
PISCATAWAY, NJ 08855-0192

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,463.84

---

**3.140** | **Nonpriority creditor's name and mailing address**
GRUDI ASSOC INC
PO BOX 626
PALMYRA, PA 17078-0626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,840.00

---

**3.141** | **Nonpriority creditor's name and mailing address**
GT&E, LLC
6779 CARLISLE PIKE
MECHANICSBURG, PA 17050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$558,055.56

---

**3.142** | **Nonpriority creditor's name and mailing address**
HARFORD COUNTY SECURITY SYSTEMS, IN
202 E BROADWAY
BEL AIR, MD 21014-2906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$496.08

---

**3.143** | **Nonpriority creditor's name and mailing address**
HERITAGE-CRYSTAL CLEAN LLC
2000 CENTER DR, STE EAST C300
HOFFMAN ESTATES, IL 60192

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,244.33

| Debtor | Graff Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,761.38 |

HIGHER INFO GROUP LLC
400 N BLUE RIBBON AVE
HARRISBURG, PA  17112-2451

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,068.00 |

HIGHMARK INC
PO BOX 223680
PITTSBURGH, PA  15251-2680

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $359.00 |

HITCHENS TIRE SERVICE, INC.
1046 NE FRONT ST
MILFORD, DE  19963

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,132.99 |

HKX INC
PO BOX 736288
DALLAS, TX  75373-6288

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000.00 |

HOLLINGER AND SONS, INC.
ATTN: CHAD HOLLINGER
1617 LEBANON ROAD
MANHEIM, PA  17545

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| Debtor | Great Prairie Mild Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $768.56 |

**Nonpriority creditor's name and mailing address**

HORIZON TERMITE & PEST CONTROL CORP
45 CROSS AVE
MIDLAN PARK, NJ  7432

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$768.56

---

3.150 **Nonpriority creditor's name and mailing address**

HOSE PRO'S
270 W STATE ST
MILLSBORO, DE  19966-1507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.18

---

3.151 **Nonpriority creditor's name and mailing address**

HUMDINGER EQUIPMENT LTD
3202 CLOVIS RD
LUBBOCK, TX  79415-1145

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,044,847.01

---

3.152 **Nonpriority creditor's name and mailing address**

HUNTER JERSEY PETERBILT
524 MONMOUTH RD
MILLSTONE TOWNSHIP, NJ  08510-1105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$67.68

---

3.153 **Nonpriority creditor's name and mailing address**

I T R AMERICA
2280 MARKET ST, STE 150
RIVERSIDE, CA  92501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,762.25

| Debtor | Giant Tractor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>I-81 MINI STORAGE LLC<br>127 MERCEDES CT<br>WINCHESTER, VA  22603-4638<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $800.00 |
|---|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address**<br><br>INDECO NORTH AMERICA INC<br>PO BOX 393<br>BRIDGEPORT, CT  06601-0393<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,981.02 |
| 3.156 | **Nonpriority creditor's name and mailing address**<br><br>INDUSTRIAL TRACTOR PARTS OF PA INC<br>44 BAY HILL DR<br>LATROBE, PA  15650-4665<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $303.00 |
| 3.157 | **Nonpriority creditor's name and mailing address**<br><br>INTERSTATE BILLING SERVICE<br>PO BOX 2208<br>DECATUR, AL  35609-2208<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,478.93 |
| 3.158 | **Nonpriority creditor's name and mailing address**<br><br>INTERSTATE WASTE SERVICES, INC<br>300 FRANK W BURR BLVD, STE 39<br>TEANECK, NJ  7666<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,771.87 |

| Debtor | Great Prairie Mile Atlantic, LLC | Case number (if known) | 25-90010 |
|--------|------|------|------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.159 | **Nonpriority creditor's name and mailing address**<br><br>IROCK CRUSHERS LLC<br>5531 CANAL RD<br>CLEVELAND, OH 44125-4874<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,173.67 |
| 3.160 | **Nonpriority creditor's name and mailing address**<br><br>J & A CONSTRUCTION SERVICES INC<br>PO BOX 870<br>MOUNT AIRY, MD 21771<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,997.15 |
| 3.161 | **Nonpriority creditor's name and mailing address**<br><br>J B INDUSTRIES LLC<br>11644 NICHOLSON RD<br>KEYMAR, MD 21757-6500<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,856.32 |
| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>J C EHRLICH CO INC<br>PO BOX 740608<br>CINCINNATI, OH 45274-0608<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $850.79 |
| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>J I CASE<br>PO BOX 95743<br>CHICAGO, IL 60694-5743<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $593,710.63 |

Debtor  Great Harbor Mid Atlantic, LLC
        (Name)

Case number (if known)  25-90010

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>J T REALTY INVESTMENTS LLC<br>1880 BROOKFIELD ST<br>VINELAND, NJ  08361-8652<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,675.00 |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>J&D SALES AND SERVICE<br>195 BLAU RD<br>HACKETTSTOWN, NJ  7840<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,342.13 |
| 3.166 | **Nonpriority creditor's name and mailing address**<br><br>J&M TOWING<br>116 DORSA AVE<br>WAYNE, NJ  7470<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,993.00 |
| 3.167 | **Nonpriority creditor's name and mailing address**<br><br>JERSEY CENTRAL POWER & LIGHT<br>168 E MARKET ST<br>AKRON, OH  44308-2014<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $311.88 |
| 3.168 | **Nonpriority creditor's name and mailing address**<br><br>JESCO INC<br>1260 CENTENNIAL AVE<br>PISCATAWAY, NJ  08854-4332<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,576.90 |

| Debtor | Great Prairie Mid-Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,754.48 |

JGF FUNDING
400 N BLUE RIBBON AVE
HARRISBURG, PA 17112-2451

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $83,027.15 |

JJID INC.
100 JULIAN LN
BEAR, DE 19701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,600.00 |

JLH LANDSCAPES LLC
13926 JIMTOWN RD
THURMONT, MD 21788-2209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,927.22 |

JOHNSON CONTROLS SECURITY SOLUTIONS
PO BOX 371967
PITTSBURGH, PA 15250-7967

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,376.08 |

JOSEPH FAZZIO, INC
2760 GLASSBORO-CROSS KEYS RD
GLASSBORO, NJ 8028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Craft Tractor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,406.50**

K T S HEAVY HAULING, INC.
9 PACE DR
EDISON, NJ  08820-2208

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,093.29**

KELLY INDUSTRIAL SUPPLY INC
211 CARTER DR
WEST CHESTER, PA  19382-4501

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$974.00**

KELLY WORTHINGTON
ADDRESS REDACTED

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,600.00**

KENCO HYDRAULICS
2280 AMBER DR
HATFIELD, PA  19440

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59,382.89**

KERSHAW ANDERSON KING PLLC
12400 COIT RD STE 800
DALLAS, TX  75251-2067

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Great Atlantic Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $938.60 |

KEYSTONE ANSWERING SERVICE
141 FRIENDS LN
NEWTOWN, PA  18940-1823

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,709.19 |

KEYSTONE INSURERS GROUP, INC
13800 JACKSON RD
MISHAWAKA, IN  46544-9195

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,435.52 |

KEYSTONE PLASTICS INC
3451 S CLINTON AVE
SOUTH PLAINFIELD, NJ  07080-1303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,345.83 |

KGRO HR CONSULTING LLC
39 MEADOW CREEK LN
MECHANICSBURG, PA  17050-4170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $636.00 |

KIMBALL MIDWEST
DEPT L-2780
COLUMBUS, OH  43260-2780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Giant Prastor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,797.54 |
|---|---|---|---|

KISTLER O'BRIEN FIRE PROTECTION
2210 CITY LINE RD
BETHLEHEM, PA  18017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,065.78 |
|---|---|---|---|

K-LINE INDUSTRIES INC
315 GARDEN AVE
HOLLAND, MI  49424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,124.09 |
|---|---|---|---|

KOMATSU AMERICA CORP
PO BOX 106
PINE BUSH, NY  12566-0106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $803.00 |
|---|---|---|---|

KRAMER & SONS OVERHEAD DOOR SERVICE
1209 MAYO RD
EDGEWATER, MD  21037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,350.00 |
|---|---|---|---|

KRAZY KATIE'S CLEANING THERAPY, LLC
15123 RED BUD DR
ELLENDALE, DE  19941-3052

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Craft Fresh/Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $533.13 |
| | KREMER MACHINERY LLC | Check all that apply. | |
| | 253 DRUM POINT RD | ☐ Contingent | |
| | BRICK, NJ 08723-6315 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,682.39 |
| | L F GEORGE INC | Check all that apply. | |
| | PO BOX 22 | ☐ Contingent | |
| | OCONOMOWOC, WI 53066-0022 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,572.68 |
| | LAWRENCE EQUIPMENT, INC. | Check all that apply. | |
| | 2034 N PECK RD | ☐ Contingent | |
| | SOUTH EL MONTE, CA 91733 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,086.79 |
| | LAWSON PRODUCTS INC | Check all that apply. | |
| | PO BOX 734922 | ☐ Contingent | |
| | CHICAGO, IL 60673-4922 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,851.88 |
| | LEASEQUERY LLC | Check all that apply. | |
| | PO BOX 771470 | ☐ Contingent | |
| | ST LOUIS, MO 63177-9816 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor  Great Tractor Mid Atlantic, LLC          Case number (if known)  25-90010

(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,906.84

LEE TRACTOR CO INC
2079 E WHEAT RD
VINELAND, NJ  08361-2552

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,800.00

LIBERTY EXCAVATORS INC
4402 GETTYSBURG RD
CAMP HILL, PA  17011-6631

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $296,971.18

LIEBHERR USA CO
4800 CHESTNUT AVE
NEWPORT NEWS, VA  23607-2405

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $442.36

LILLISTON CHRYSLER-PLYMOUTH-
C/O LILLISTON CHRYSLER DODGE JEEP RAM
1501 N SECOND ST, RTE 47
MILLVILLE, NJ  08332

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,350.71

LILLISTON FORD
833 N DELSEA DR
VINELAND, NJ  08360-2701

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Crown Iron Worx Atlantic, LLC    Case number (if known)    25-90010

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $298.40 |
|---|---|---|---|

LINDE GAS & EQUIPMENT INC
C/O LINDE PLC
10 RIVERVIEW DR
DANBURY, CT  06810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $618.00 |
|---|---|---|---|

LITTLER MENDELSON, PC
101 2ND ST, STE 1000
SAN FRANCISCO, CA  94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $510.00 |
|---|---|---|---|

LORCO OF MARYLAND, LLC
C/O LORCO PETROLEUM SVCS
450 S FRONT ST
ELIZABETH, NJ  07202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

LYONS ROOFING
33 JEFFERSON ST
CLIFTON HEIGHTS, PA  19018-2314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,355.94 |
|---|---|---|---|

MACK BORING & PARTS COMPANY
400 COTTONTAIL LN
SOMERSET, NJ  08873

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Great Prairie Mile Atlantic, LLC    Case number (if known)   25-90010

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91,466.17 |

MARCO TECHNOLOGIES LLC
PO BOX 782773
PHILADELPHIA, PA  19178-2773

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $782.90 |

MARK LINDSAY & SON
21 UNION VALLEY ROAD
NEWFOUNDLAND, NJ  07435

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $206.50 |

MARTIN ENTERPRISES
442 SPRING GROVE RD
EAST EARL, PA  17519-9420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,194.40 |

MCCANN INDUSTRIES
250 E FRONTAGE RD
BOLINGBROOK IL, IL  60440

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,422.90 |

MCCARTHY TIRE SERVICE CO INC
PO BOX 1125
WILKES BARRE, PA  18703-1125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Great Pretton Mid Atlantic, LLC    Case number (if known)    25-90010

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,288.05 |

MCCLUNG-LOGAN EQUIPMENT COMPANY
4601 WASHINGTON BLVD
BALTIMORE, MD  21227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $85.68 |

MCMASTER-CARR SUPPLY CO
600 N COUNTY LINE RD
ELMHURST, IL  60126-2081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $775.00 |

MD DEPT OF GENL SERVICES FISCAL
301 W PRESTON RD
BALTIMORE, MD  21201-2305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63.02 |

MEDICO CONSTRUCTION EQUIPMENT INC
1510 HIGHWAY 315 BLVD
WILKES BARRE, PA  18702-7005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,508.64 |

MESSICK'S FARM EQUIP INC
1475 STRICKLER RD
MOUNT JOY, PA  17552

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Gulf Factor Mid-Atlantic, LLC | | | Case number (if known) | 25-90010 | |
|---|---|---|---|---|---|---|
| | (Name) | | | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.214 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL SMEARMAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,228.00 |
|---|---|---|---|
| 3.215 | **Nonpriority creditor's name and mailing address**<br><br>MIDLAND RADIATOR SERVICECO<br>420 MIDLAND AVE<br>GARFIELD, NJ  07026-1615<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $460.00 |
| 3.216 | **Nonpriority creditor's name and mailing address**<br><br>MIDWEST EQUIPMENT SALES<br>777 MANOR PARK DR<br>COLUMBUS, OH  43228-9522<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,700.44 |
| 3.217 | **Nonpriority creditor's name and mailing address**<br><br>MIKE BOYLE<br>477 BRAMHALL ROAD<br>RAHWAY, NJ  07065<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $353.75 |
| 3.218 | **Nonpriority creditor's name and mailing address**<br><br>MILES IT COMPANY<br>400 N TAMPA ST STE 1550 PMB 59<br>TAMPA, FL  33602-4737<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,201.41 |

| Debtor | Crofft Tractor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,517.82

MILLMAN AUTO PARTS INC.
PO BOX 251
MILFORD, DE  19963-0251

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,181.04

MLADENOVIC REALTY LLC
11 VREELAND AVE
TOTOWA, NJ  07512-1120

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,728.37

MOBILE PRODUCTS INC
401 CAPACITY DR
LONGVIEW, TX  75604-5341

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,006.15

MODERN GROUP LTD
PO BOX 216
BRIDGEPORT, CT  06601-0216

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41,990.00

MOLEY MAGNETICS, INC
5202 COMMERCE DR
LOCKPORT, NY  14094

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Great Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,521.10 |
| | MOTHER NATURE LANDSCAPING<br>PO BOX 2881<br>UPPER DARBY, PA 19082-7881 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $991.71 |
| | MOTION INDUSTRIES INC<br>PO BOX 404130<br>ATLANTA, GA 30384-4130 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,405.08 |
| | MSC INDUSTRIAL SUPPLY CO INC<br>PO BOX 78845<br>MILWAUKEE, WI 53278-8845 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,175.90 |
| | MULTIQUIP INC<br>FILE 2368<br>PASADENA, CA 91199-2368 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,990.72 |
| | N.E. BOB WALTZ PLUMBING & HEATING<br>8098 HILLMARK CT<br>FREDERICK, MD 21704-6633 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor Great Prairie Mid Atlantic, LLC Case number (if known) 25-90010

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.229 | **Nonpriority creditor's name and mailing address**<br><br>NEW JERSEY ASPHALT PAVEMENT<br>100 HORIZON CENTER BLVD<br>ROBBINSVILLE, NJ 08691-1910<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $950.00 |

| 3.230 | **Nonpriority creditor's name and mailing address**<br><br>NEW JERSEY NATURAL GAS CO.<br>1415 WYCKOFF<br>WALL, NJ 07719<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $632.16 |

| 3.231 | **Nonpriority creditor's name and mailing address**<br><br>NJLICA<br>PO BOX 166<br>SUCCASUNNA, NJ 07876-0166<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,480.00 |

| 3.232 | **Nonpriority creditor's name and mailing address**<br><br>NOBLE OIL SERVICES<br>PO BOX 4419<br>SANFORD, NC 27331-4419<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $802.20 |

| 3.233 | **Nonpriority creditor's name and mailing address**<br><br>OAK RIDGE FARM LLC<br>1955 OLD ANNAPOLIS RD<br>WOODBINE, MD 21797-8201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,160.00 |

| Debtor | Great Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>OPERATING ENGINEERS LOCAL825<br>65 SPRINGFIELD AVE<br>SPRINGFIELD, NJ  07081-1308<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64,619.88 |

| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>OPTIMUM<br>PO BOX 70340<br>PHILADELPHIA, PA  19176-0340<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $518.32 |

| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>ORCHARD'S HYDRAULIC SERV<br>604 WHITE HORSE PIKE<br>COLONGE, NJ  08213<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,009.07 |

| 3.237 | **Nonpriority creditor's name and mailing address**<br><br>ORIEL ATTACHMENTS INC<br>557 GRAND ST  4150<br>NEW YORK, NY  10002-4205<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,100.00 |

| 3.238 | **Nonpriority creditor's name and mailing address**<br><br>ORION EQUIPMENT SERVICE INC<br>222 WARBURTON AVE<br>HAWTHORNE, NJ  07506<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,489.46 |

| Debtor | Great Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

| 3.239 | **Nonpriority creditor's name and mailing address**<br>OTR CAPITAL, LLC<br>1000 HOLBOMB WOODS PKWY<br>BLDG 300, STE 315A<br>ROSWELL, GA  30076<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $950.00 |

| 3.240 | **Nonpriority creditor's name and mailing address**<br>OTTERBOURG PC<br>ATTN: ANDREW M. KRAMER<br>230 PARK AVENUE<br>NEW YORK, NY  10169-0075<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,448.20 |

| 3.241 | **Nonpriority creditor's name and mailing address**<br>P & H AUTO ELECTRIC CO, INC.<br>7990-92 E BALTIMORE ST<br>BALTIMORE, MD  21224<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $176.79 |

| 3.242 | **Nonpriority creditor's name and mailing address**<br>PAINT VALLEY EQUIPMENT LTD<br>10550 TOWNSHIP ROAD 262<br>MILLERSBURG, OH  44654-9778<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,662.48 |

| 3.243 | **Nonpriority creditor's name and mailing address**<br>PECO ENERGY GAS ACCT<br>2301 MARKET ST<br>PO BOX 8699<br>PHILADELPHIA, PA  19103<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55.82 |

Debtor   Glen Harbor Mid Atlantic, LLC _____   Case number (if known) _____ 25-90010 _____
         (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.244** | **Nonpriority creditor's name and mailing address**

PEPCO A PHI COMPANY
PO BOX 13608
PHILADELPHIA, PA  19101-3608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$666.77

---

**3.245** | **Nonpriority creditor's name and mailing address**

PETERSON PACIFIC CORP
29408 AIRPORT RD
EUGENE, OR  97402-9541

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,894.09

---

**3.246** | **Nonpriority creditor's name and mailing address**

PETRO CHOICE
PO BOX 829604
PHILADELPHIA, PA  19182-9604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,882.07

---

**3.247** | **Nonpriority creditor's name and mailing address**

POLAR SHREDDING
2615 RIVER RD
CINNAMINSON, NJ  08077-1628

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$62.87

---

**3.248** | **Nonpriority creditor's name and mailing address**

POTOMAC EDISON - AKRON OH
C/O FIRSTENERGY
341 WHITE POND DR
AKRON, OH  44320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$518.27

Debtor  Glen Harbor Mid Atlantic, LLC                          Case number (if known)  25-90010

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>POWER TECHNIQUE NORTH AMERICA LLC<br>DEPT. CH 19505<br>PALATINE, IL  60055-9505<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,813.58 |

| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>PRIMEPAY LLC<br>1487 DUNWOODY DR<br>WEST CHESTER, PA  19380<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,774.00 |

| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>PRINCE GEORGE'S COUNTY, MD<br>1301 MCCORMICK DR, STE 1100<br>LARGO, MD  20774<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,902.21 |

| 3.252 | **Nonpriority creditor's name and mailing address**<br><br>PROMISING DEVELOPMENT LLC<br>740 SPRINGDALE DR<br>EXTON, PA  19341-2880<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,897.28 |

| 3.253 | **Nonpriority creditor's name and mailing address**<br><br>PSE&G<br>80 PARK PLAZA<br>NEWARK, NJ  07102<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,804.52 |

Debtor   Great Prairie Mid-Atlantic, LLC
         (Name)

Case number (if known)   25-90010

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.254 | **Nonpriority creditor's name and mailing address**<br><br>QUALITY AUTO GLASS,INC.<br>2300 S CLINTON AVE<br>SOUTH PLAINFIELD, NJ 07080<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $395.00 |
| 3.255 | **Nonpriority creditor's name and mailing address**<br><br>RACHLES MICHELE'S OIL CO<br>116 KULLER RD<br>CLIFTON, NJ 07011<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,030.87 |
| 3.256 | **Nonpriority creditor's name and mailing address**<br><br>RANDALL-REILLY LLC<br>1460 NORTHBANK PKWY, STE 100<br>TUSCALOOSA, AL 35406<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,332.00 |
| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>READY REFRESH BY NESTLE<br>PO BOX 856192<br>LOUISVILLE, KY 40285-6192<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $988.20 |
| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>RECORD360 INC<br>1333 N CALIFORNIA BLVD<br>WALNUT CREEK, CA 94596-4534<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,600.00 |

| Debtor | Great Prairie Mid-Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $540.00 |

RED TOP CONTRACTING LLC
5452 ANDREWVILLE RD
GREENWOOD, DE  19950-2150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | | $338.17 |

REDNECK INC.
2900 INDUSTRIAL PKWY E
ELKHART, IN  46516

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | | $3,423.57 |

REIT LUBRICANTS  CO.
899 MEARNS RD
WARMINSTER, PA  18974

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | | $750.28 |

RHOMAR INDUSTRIES INC
2107 E ROCKHURST ST
SPRINGFIELD, MO  65802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | | $51,182.16 |

RISOLDIS AUTOMOTIVE
1435 WOODLANE RD
MOUNT HOLLY, NJ  08060-9698

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Great Freight Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,511.11 |

**Nonpriority creditor's name and mailing address**

3.264
RIVERSIDE ALTERNATORS & STARTERS, L
5001 NW 13TH AVE, STE N
DEERFIELD BEACH, FL  33064

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,511.11

---

3.265
**Nonpriority creditor's name and mailing address**
ROADTEC INC
PO BOX 934294
ATLANTA, GA  31193-4294

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $841,287.41

---

3.266
**Nonpriority creditor's name and mailing address**
ROBERTS & SON, INC
20 JEWELL ST
GARFIELD, NJ  07026

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $245.72

---

3.267
**Nonpriority creditor's name and mailing address**
ROBERTS OXYGEN COMPANY INC
PO BOX 5507
DERWOOD, MD  20855-0507

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $10,410.21

---

3.268
**Nonpriority creditor's name and mailing address**
ROB'S AUTOMOTIVE & COLLISION CENTER
3114 VETERAN'S HWY
BRISTOL, NJ  19007

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $36,376.65

---

| Debtor | Great Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,482.50 |
|---|---|---|---|

ROCKDALE TOWING/DEMO - CPU @ ESSEX
5629 DEER PARK RD
REISTERTOWN, MD 21136

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80,094.53 |
|---|---|---|---|

ROCKLAND MFG CO
PO BOX 5
BEDFORD, PA 15522-0005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $201.39 |
|---|---|---|---|

ROTOBEC USA INC
162 ROTOBEC DR
LITTLETON, NH 03561-3961

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $898.79 |
|---|---|---|---|

ROUTE 23 AUTO MALL LLC
1301 STATE RT 23
BUTLER, NJ 07405-1727

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $793.37 |
|---|---|---|---|

RUBBEREDGE, LLC
1545 LAKEWOOD RD
TOMS RIVER, NJ 08755

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Great Heart Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|--------|-------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.274 | **Nonpriority creditor's name and mailing address**<br><br>RUBBLE MASTER AMERICAS CORP<br>2101 N KAUFMAN ST<br>ENNIS, TX  75119-1974<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $555.08 |

| 3.275 | **Nonpriority creditor's name and mailing address**<br><br>RUTH THOMPSEN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,520.00 |

| 3.276 | **Nonpriority creditor's name and mailing address**<br><br>SABA HOLDING COMPANY LLC<br>PO BOX 7247<br>PHILADELPHIA, PA  19170-7765<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51,431.97 |

| 3.277 | **Nonpriority creditor's name and mailing address**<br><br>SAFETY-KLEEN SYSTEMS INC<br>42 LONGWATER DR<br>NORWELL, MA  02061<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $909.93 |

| 3.278 | **Nonpriority creditor's name and mailing address**<br><br>SALERNO TIRE CORP.<br>1400 CALCON HOOK RD<br>SHARON HILL, PA  19079<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $854.04 |

| Debtor | Great Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>SANDHILLS GLOBAL<br>PO BOX 85673<br>LINCOLN, NE 68501-5673<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,760.60 |
| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>SB MANUFACTURING INC<br>3707 W MCCORMICK AVE<br>WICHITA, KS 67213-2025<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,961.24 |
| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>SEASIDE WASTE SERVICES<br>PO BOX 1224<br>HAMMONTON, NJ 08037-5224<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $446.03 |
| 3.282 | **Nonpriority creditor's name and mailing address**<br><br>SHARP WATER CULLIGAN<br>PO BOX 366<br>CHESWOLD, DE 19936-0366<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $516.67 |
| 3.283 | **Nonpriority creditor's name and mailing address**<br><br>SHAWN DAHL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,968.00 |

Debtor | Great Prairie Mid Atlantic, LLC    Case number (if known)   25-90010
    (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address**<br><br>SHIELD SCREENING LLC<br>PO BOX 120208<br>DALLAS, TX  75312-0208<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,440.81 |
| 3.285 | **Nonpriority creditor's name and mailing address**<br><br>SHRED INSTEAD<br>PO BOX 33247<br>RALEIGH, NC  27636-3247<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.00 |
| 3.286 | **Nonpriority creditor's name and mailing address**<br><br>SIMEX NA<br>4614 BALDWIN BLVD<br>CORPUS CHRISTI, TX  78408-2712<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $626.28 |
| 3.287 | **Nonpriority creditor's name and mailing address**<br><br>SMARTEQUIP INC<br>501 MERRITT 7<br>NORWALK, CT  06851-7000<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,500.00 |
| 3.288 | **Nonpriority creditor's name and mailing address**<br><br>SNOW WOLF<br>PO BOX 1575<br>MINNEAPOLIS, MN  55480-1575<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $138,725.60 |

| Debtor | Great Prairie Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $999.90 |

**3.289**

**Nonpriority creditor's name and mailing address**

SPALECK USA LLC
30000 STATE ROUTE 9
MACKINAW, IL 61755-9571

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$999.90

---

**3.290**

**Nonpriority creditor's name and mailing address**

SPECIALTY EQUIPMENT INSURANCE SVCS
1700 E GOLF RD
SCHAUMBURG, IL 60173-5804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,990.00

---

**3.291**

**Nonpriority creditor's name and mailing address**

STANLEY INFRASTRUCTURE LLC
PO BOX 360508
PITTSBURGH, PA 15251-6508

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,778.48

---

**3.292**

**Nonpriority creditor's name and mailing address**

STAUFFER DIESEL INC
34 STAUFFER LN
EPHRATA, PA 17522-8654

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,183.63

---

**3.293**

**Nonpriority creditor's name and mailing address**

STONER ENTERPRISES INC.
T/A CULLIGAN WATER
501 MARYLAND AVE
HAGERSTOWN, MD 21740

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$439.78

| Debtor | Great Prairie Mills Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.294 | **Nonpriority creditor's name and mailing address**<br><br>STRICKLAND MFG LLC<br>1070 MERCHANTS LN<br>OILVILLE, VA 23129-2209<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,708.23 |
|---|---|---|---|

| 3.295 | **Nonpriority creditor's name and mailing address**<br><br>SUITWELL, INC.<br>PO BOX 182<br>UPPER MARLBORO, MD 20772<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,050.00 |
|---|---|---|---|

| 3.296 | **Nonpriority creditor's name and mailing address**<br><br>SULLIVAN'S GARAGE<br>30 HAZELNUT LN<br>LONDONDERRY, NH 3053<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,017.00 |
|---|---|---|---|

| 3.297 | **Nonpriority creditor's name and mailing address**<br><br>SUMMIT SUPPLY GROUP LLC<br>PO BOX 9201<br>MINNEAPOLIS, MN 55480-9201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,416.20 |
|---|---|---|---|

| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>SUPERIOR PLUS ENERGY SERVICES INC<br>PO BOX 981045<br>BOSTON, MA 02298-1045<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $816.88 |
|---|---|---|---|

Debtor  Giant Tractor Mid Atlantic, LLC
(Name)

Case number (if known)  25-90010
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,716.52 |
|---|---|---|---|
| | SUPERIOR TIRE AND RUBBER<br>PO BOX 308<br>WARREN, PA  16365-0308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $529.50 |
|---|---|---|---|
| | SYSTEM 4 OF SOUTHERN JERSEY<br>PO BOX 940<br>KENNETT SQUARE, PA  19348-0940 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,850.00 |
|---|---|---|---|
| | TA BROKERAGE LLC<br>4824 PARK 370 BLVD<br>HAZELWOOD, MO  63042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,768.75 |
|---|---|---|---|
| | TAG MANUFACTURING INC<br>PO BOX 23667<br>CHATTANOOGA, TN  37422-3667 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.10 |
|---|---|---|---|
| | TAKEUCHI FINANCIAL SERVICES<br>1625 W FOUNTAINHEAD PKWY<br>TEMPE, AZ  85282-2371 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Giant Tractor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.304 | **Nonpriority creditor's name and mailing address**<br><br>TAMCO TOOLS<br>P O BOX 371<br>MONONGAHELA, PA  15063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,124.92 |
|---|---|---|---|
| 3.305 | **Nonpriority creditor's name and mailing address**<br><br>TAYLOR OIL CO., INC.<br>77 SECOND ST<br>PO BOX 974<br>SOMERVILLE, NJ  8876<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,222.93 |
| 3.306 | **Nonpriority creditor's name and mailing address**<br><br>TECH HYDRAULICS, INC.<br>C/O GORILLA<br>226 HIGH ST<br>RANDOLPH, MA  02368<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,879.32 |
| 3.307 | **Nonpriority creditor's name and mailing address**<br><br>TEREX ENVIRONMENTAL EQUIPMENT<br>4814 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693-0001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,637.79 |
| 3.308 | **Nonpriority creditor's name and mailing address**<br><br>TERRAMAC LLC<br>550 N HEARTLAND DR<br>SUGAR GROVE, IL  60554-9586<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $169.31 |

| Debtor | Great Prairie Mid Atlantic, LLC | Case number (if known) | 25-90010 |
|--------|-----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,759.18 |
| | THE CLEANING AUTHORITY | *Check all that apply.* | |
| | 304 S JEFFERSON ST | ☐ Contingent | |
| | FREDERICK, MD  21701-6207 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,193.56 |
| | THE G.W VAN KEPPEL COMPANY | *Check all that apply.* | |
| | 1250 MEACHAM BLVD | ☐ Contingent | |
| | FORT WORTH, TX  76106 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,921.92 |
| | THE TORO COMPANY | *Check all that apply.* | |
| | PO BOX 4531 | ☐ Contingent | |
| | CAROL STREAM, IL  60197 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,006.50 |
| | THE UNITED OIL COMPANY INC | *Check all that apply.* | |
| | 4405 E BALTIMORE ST | ☐ Contingent | |
| | BALTIMORE, MD  21224-1701 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,708.20 |
| | TINK INC | *Check all that apply.* | |
| | 2361 DURHAM DAYTON HWY | ☐ Contingent | |
| | DURHAM, CA  95938-9601 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor   Great Prairie Mild Atlantic, LLC
(Name)

Case number (if known)   25-90010

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,952.68

TM CAPITAL CORP
1230 PEACHTREE ST NE STE 550
ATLANTA, GA  30309-4627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | | $48,988.78

TOKU AMERICA INC
3900 BEN HUR AVE STE 3
WILLOUGHBY, OH  44094-6398

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | | $11,093.20

TOPCON SOLUTIONS INC
PO BOX 412798
BOSTON, MA  02241-2798

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | | $3,137.17

TOWMASTER LLC
61381 US HIGHWAY 12
LITCHFIELD, MN  55355-5228

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | | $1,635.00

TOWN OF GREENWOOD, DE INC.
100 W MARKET ST
GREENWOOD, DE  19950

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Great Harbor Mid Atlantic, LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,837.80 |

**Nonpriority creditor's name and mailing address**

TOWNSHIP OF DARBY
21 N BARTRAM AVE
GLENOLDEN, PA  19036-1206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,837.80

---

3.320 **Nonpriority creditor's name and mailing address**

TOWNSHIP OF MANALAPAN
120 RT522 & TAYLORS
MANALAPAN, NJ  07726

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

3.321 **Nonpriority creditor's name and mailing address**

TRANSAMERICA LIFE INSURANCE CO
PO BOX 653005
DALLAS, TX  75265-3005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$399.73

---

3.322 **Nonpriority creditor's name and mailing address**

TRANSLECTRIC INC
PO BOX 307
JACKSON, MO  63755-0307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,479.60

---

3.323 **Nonpriority creditor's name and mailing address**

TVH PARTS CO
PO BOX 123654
DALLAS, TX  75312-3654

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,520.71

Debtor  Great Prairie Mid-Atlantic, LLC _____  Case number (if known) _____
        (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: <br> Check all that apply. | $7,252.29 |
|---|---|---|---|
| | TWSP OF MANALAPAN COLL OF <br> 120 COUNTY ROAD 522 <br> MANALAPAN, NJ  07726-3417 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: <br> Check all that apply. | $4,111.77 |
|---|---|---|---|
| | ULINE <br> 12575 ULINE DR <br> PLEASANT PRAIRIE, WI  53158 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: <br> Check all that apply. | $201.24 |
|---|---|---|---|
| | UNIFIRST FIRST AID & SAFETY <br> 3499 RIDER TRAIL SOUTH <br> ST LOUIS, MO  63045 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: <br> Check all that apply. | $29,135.58 |
|---|---|---|---|
| | UNIVEST CAPITAL INC <br> 1041 YORK RD <br> WARMINSTER, PA  18974-2008 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: <br> Check all that apply. | $4,754.69 |
|---|---|---|---|
| | UPS <br> PO BOX 7247-0244 <br> PHILADELPHIA, PA  19170-0001 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

Debtor  Grant Prideco Mid Atlantic, LLC                    Case number (if known)  25-90010

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44.00 |
| | | Check all that apply. | |
| | USA ATTACHMENTS INC | | |
| | 105 INDUSTRIAL DR | ☐ Contingent | |
| | KING, NC  27021-8221 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,334.50 |
| | | Check all that apply. | |
| | UTCA/NJ | | |
| | 2107 RTE 34 | ☐ Contingent | |
| | SOUTH WALL, NJ  719 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00 |
| | | Check all that apply. | |
| | UTILITY CONTRACTORS ASSN AA COUNTY | | |
| | PO BOX 880 | ☐ Contingent | |
| | MILLERSVILLE, MD  21108-0880 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $996.10 |
| | | Check all that apply. | |
| | VACUWORX GLOBAL LLC | | |
| | 10105 E 55TH PL | ☐ Contingent | |
| | TULSA, OK  74146-6406 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,858.64 |
| | | Check all that apply. | |
| | VALLEY SUPPLY & EQUIPMENT | | |
| | 20332 LEITERSBURG PIKE | ☐ Contingent | |
| | HAGERSTOWN, MD  21742 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor  Greil Hector Mid Atlantic, LLC  
(Name)

Case number (if known) 25-90010

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $262.34 |

**Nonpriority creditor's name and mailing address**
VECTOR SECURITY, INC.
2000 ERICSSON DR
WARRENDALE, PA  15086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$262.34

---

3.335

**Nonpriority creditor's name and mailing address**
VERIZON
PO BOX 16801
NEWARK, NJ  07101-6801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$214.50

---

3.336

**Nonpriority creditor's name and mailing address**
VERIZON WIRELESS
PO BOX 16800
NEWARK, NJ  07101-6800

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,073.85

---

3.337

**Nonpriority creditor's name and mailing address**
VERTEX INC
25528 NETWORK PL
CHICAGO, IL  60673-1255

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$677.25

---

3.338

**Nonpriority creditor's name and mailing address**
VINTAGE PARTS, INC.
120 CORPORATE DR
BEAVER DAM, WI  53916-3116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,244.01

---

| Debtor | Great Prairie Mid Atlantic LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,018.35 |

VIRNIG MFG INC
101 GATEWAY DR
RICE, MN  56367-4592

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | | $70.00 |

VISION FINANCIAL GROUP INC
615 IRON CITY DR
PITTSBURGH, PA  15205-4321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | | $610.12 |

W B MASON CO INC
PO BOX 981101
BOSTON, MA  02298-1101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | | $1,898.86 |

WACKER NEUSON SALES AMERICA LLC
PO BOX 1041
NEW YORK, NY  10268-1041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | | $9,159.35 |

WARRANTY CONSULTING SERVICES LLC
8523 TYNAN RIDGE DR
MAGNOLIA, TX  77354-3675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor Great Prairie Mid Atlantic, LLC                    Case number (if known) 25-90010

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $296.41 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

WASHINGTON GAS
PO BOX 37747
PHILADELPHIA, PA 19101-5047

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$296.41

---

3.345 **Nonpriority creditor's name and mailing address**

WAUSAU EQUIPMENT COMPANY
PO BOX 277213
ATLANTA, GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,026.87

---

3.346 **Nonpriority creditor's name and mailing address**

WEBFX
1705 N FRONT ST
HARRISBURG, PA 17102-2305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,308.08

---

3.347 **Nonpriority creditor's name and mailing address**

WENGER'S ENTERPRISE LLC
533 CABIN DR
BALLENTINE, SC 29002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$918.01

---

3.348 **Nonpriority creditor's name and mailing address**

WENGERS FARM MACHINERY, INC.
814 S COLLEGE ST
MYERSTOWN, PA 17067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,225.00

---

Debtor   Grief Tractor Mid Atlantic, LLC _____ Case number (if known) _25-90010_
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.349 | **Nonpriority creditor's name and mailing address**<br><br>WEST VIRGINIA TRACTOR COMAPANY<br>214 VIRGINIA ST W<br>CHARLESTON, WV  25302-2211<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,256.05 |

| 3.350 | **Nonpriority creditor's name and mailing address**<br><br>WESTERN PEST SERVICES<br>3310 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA  19073-4611<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $385.56 |

| 3.351 | **Nonpriority creditor's name and mailing address**<br><br>WEX BANK<br>P.O. BOX 6293<br>CAROL STREAM, IL  60197-6293<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,466.08 |

| 3.352 | **Nonpriority creditor's name and mailing address**<br><br>WORLDWIDE EXPRESS<br>PO BOX 21272<br>NEW YORK, NY  10087-1272<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,975.14 |

| 3.353 | **Nonpriority creditor's name and mailing address**<br><br>XPO LOGISTICS FREIGHT INC<br>29559 NETWORK PL<br>CHICAGO, IL  60673-1295<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,147.39 |

Debtor    Gold Harbor Mid Atlantic, LLC                                    Case number (if known)    25-90010
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.354** **Nonpriority creditor's name and mailing address**

Z & B GREEN CUTS LANDSCAPING
435 OLD HOME RD
BALTIMORE, MD  21206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,475.00

---

**3.355** **Nonpriority creditor's name and mailing address**

ZOOM COMMUNICATIONS INC
55 ALMADEN BLVD, 6TH FL
SAN JOSE, CA  95113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,473.68

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|

| 5a. | Total claims from Part 1 | 5a. | | $245,103.77 |
| 5b. | Total claims from Part 2 | 5b. | + | $7,673,355.52 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $7,918,459.29 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Groff Tractor Mid Atlantic, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION |
| Case number (if known) | 25-90010 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 8/31/2017 | 1561 TILCO LLC 4814 WATER PARK DR BELCAMP, MD 21017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT ORDER #RSA053345 DTD 8/18/2022 | 3DX LLC 1608 BAIN DR ERIE, CO 80516-7222 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT ORDER #RSA060833 DTD 9/28/2023 | ACH 1 873 SALEM CHURCH RD NEWARK, DE 19702-4015 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT RENEWAL DTD 4/16/2024 | ACMACK CORP D/B/A ACME UNIFORMS FOR INDUSTRY 420 HOWELL ST BRISTOL, PA 19007 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Gulf Harbor Mid Atlantic LLC   Case number (if known)   25-90010
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT DTD 4/16/2024 | ACMACK CORP<br>D/B/A ACME UNIFORMS FOR INDUSTRY<br>420 HOWELL ST<br>BRISTOL, PA  19007 |
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CYLINDER PRODUCT SALE AGREEMENT DTD 5/20/2016 | AIRGAS USA LLC<br>ATTN VICE PRESIDENT<br>6990A SNOWDRIFT RD<br>ALLENTOWN, PA  18106 |
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064649 DTD 4/22/2025 | ALLAN MYERS LP<br>PO BOX 1310<br>WORCESTER, PA  19490-1310 |
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065432 DTD 11/6/2025 | ALLAN MYERS LP<br>PO BOX 1310<br>WORCESTER, PA  19490-1310 |
| 2.9 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA056894 DTD 4/7/2023 | AMERICAN CONTRACTING & ENVIRONMENTAL<br>ATTN MARY, AP<br>11075 STRATFIELD CT, STE 102<br>MARRIOTTSVILLE, MD  21104-1646 |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063669 DTD 10/23/2024 | AMERICAN CONTRACTING & ENVIRONMENTAL<br>ATTN MARY, AP<br>11075 STRATFIELD CT, STE 102<br>MARRIOTTSVILLE, MD  21104-1646 |

Debtor    Chief Prestor Mid Atlantic LLC                    Case number (if known)    25-90010

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064417 DTD 3/10/2025 | AMERICAN CONTRACTING & ENVIRONMENTAL ATTN MARY, AP 11075 STRATFIELD CT, STE 102 MARRIOTTSVILLE, MD  21104-1646 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 9/21/2023 | ANNE ARUNDEL COUNTY, MD ADDRESS REDACTED |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | ASTEC INDUSTRIES 4101 JEROME AVE CHATTANOOGA, TN  37407 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA057423 DTD 5/1/2023 | B E WELDING & CONTRACTING LLC 7913 REDSTONE RD KINGSVILLE, MD  21087-1518 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY FINANCING & SECURITY AGREEMENT DTD 2/1/2023 | BANK OF THE WEST ATTN DEALER FINANCIAL SERVICES 1625 W FOUNTAINHEAD PKWY, AZ-FTN-6C-D TEMPE, AZ  85282 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065212 DTD 9/4/2025 | BAY AREA EXCAVATION 917 LONG POINT RD GRASONVILLE, MD  21638-1073 |

Debtor  Great Harbor Mid Atlantic, LLC
        (Name)

Case number (if known)  25-90010

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.17 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065230 DTD 9/10/2025 | BAY AREA EXCAVATION<br>917 LONG POINT RD<br>GRASONVILLE, MD 21638-1073 |
| 2.18 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | BEARCAT CORPORATION<br>2431 E. KERCHER ROAD<br>GOSHEN, IN 46526 |
| 2.19 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT #RSA060751 DTD 9/26/2023 | BIDLE'S EXCAV & HAULING INC<br>11815 WILDCAT RD<br>MYERSVILLE, MD 21773-9337 |
| 2.20 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST LEASE AGREEMENT AMENDMENT DTD 2/24/2023 (AMENDS LEASE AGREEMENT DTD 3/31/2018) | BIRMINGHAM VENTURES LLC<br>1545 HOOK RD<br>FOLCROFT, PA 19032 |
| 2.21 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 3/31/2018 | BIRMINGHAM VENTURES LLC<br>ATTN LANDLORD<br>1545 HOOK RD<br>FOLCROFT, PA 19032 |
| 2.22 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA034984 DTD 1/6/2020 | BLESSING GREENHOUSES & COMPOST FAC<br>ATTN MARION CHANDLER<br>PO BOX 647<br>MILFORD, DE 19963-0647 |

| Debtor | Gulf Harbor Mid Atlantic, LLC | | Case number (if known) | 25-90010 |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA042589 DTD 1/28/2021 | BLESSING GREENHOUSES & COMPOST FAC<br>ATTN MARION CHANDLER<br>PO BOX 647<br>MILFORD, DE  19963-0647 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA043154 DTD 3/8/2021 | BLESSING GREENHOUSES & COMPOST FAC<br>ATTN MARION CHANDLER<br>PO BOX 647<br>MILFORD, DE  19963-0647 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA057734 DTD 5/10/2023 | BLESSING GREENHOUSES & COMPOST FAC<br>ATTN MARION CHANDLER<br>PO BOX 647<br>MILFORD, DE  19963-0647 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061038 DTD 10/11/2023 | BLESSING GREENHOUSES & COMPOST FAC<br>ATTN MARION CHANDLER<br>PO BOX 647<br>MILFORD, DE  19963-0647 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062844 DTD 6/21/2024 | BLESSING GREENHOUSES & COMPOST FAC<br>ATTN MARION CHANDLER<br>PO BOX 647<br>MILFORD, DE  19963-0647 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062983 DTD 7/16/2024 | BLESSING GREENHOUSES & COMPOST FAC<br>ATTN MARION CHANDLER<br>PO BOX 647<br>MILFORD, DE  19963-0647 |

Debtor  Grab Harbor Mid-Atlantic LLC                                    Case number (if known) 25-90010

        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.29 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | DISTRIBUTOR PAYMENT AGREEMENT DTD 4/20/2023 | BMO HARRIS BANK NA <br>EQUIPMENT FINANCE DIVISION <br>ATTN MDF OPERATIONS <br>1625 W FOUNTAINHEAD PKWY, AZ-FTN-6C-D <br>TEMPE, AZ  85282 |
| 2.30 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | DEALER LOAN AND SECURITY AGREEMENT DTD 9/2/2021 | BOKF NA <br>D/B/A BANK OF TEXAS <br>ATTN SVP <br>PO BOX 29775 <br>DALLAS, TX  75229-9775 |
| 2.31 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | NOTICE OF FINAL AGREEMENT DTD 9/22/2021 | BOKF NA <br>D/B/A BANK OF TEXAS <br>ATTN SVP <br>PO BOX 29775 <br>DALLAS, TX  75229-9775 |
| 2.32 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | ADDENDUM TO DEALER LOAN AND SECURITY AGREEMENT DTD 9/22/2021 | BOKF NA <br>D/B/A BANK OF TEXAS <br>PO BOX 29775 <br>DALLAS, TX  75229-9775 |
| 2.33 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA053598 DTD 8/30/2022 | BRANDENBURG ELECTRIC INC <br>700 N EAST ST <br>FREDERICK, MD  21701-5239 |
| 2.34 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA045011 DTD 5/14/2021 | BRANDON SMITH CONTRACTORS INC <br>ATTN CONNIE SELBY <br>PO BOX 83 <br>WEST FRIENDSHIP, MD  21794-0083 |

Debtor  Great Harbor Mid Atlantic, LLC
        (Name)                                                    Case number (if known)   25-90010

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.35 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064621 DTD 4/16/2025 | BRITTON INDUSTRIES INC<br>PO BOX 6499<br>LAWRENCE TOWNSHIP, NJ  08648-0499 |
| 2.36 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062000 DTD 3/11/2024 | BRY'S LAWN CARE & LANDSCAPING LLC<br>PO BOX 219<br>BENSON, MD  21018-0219 |
| 2.37 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064734 DTD 5/8/2025 | BRY'S LAWN CARE & LANDSCAPING LLC<br>PO BOX 219<br>BENSON, MD  21018-0219 |
| 2.38 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065433 DTD 11/7/2025 | BUSY DITCH INC<br>7840 CESSNA AVE, STE C<br>GAITHERSBURG, MD  20879-4159 |
| 2.39 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065440 DTD 11/10/2025 | BUSY DITCH INC<br>7840 CESSNA AVE, STE C<br>GAITHERSBURG, MD  20879-4159 |
| 2.40 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA053607 DTD 8/31/2022 | CAPITOL UNITED SOLUTIONS<br>9007 BUSH CREEK CIR<br>FREDERICK, MD  21704-7844 |

Debtor  Gulf Harbor Mid Atlantic LLC _____  Case number (if known) _25-90010_

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061829 DTD 2/12/2024 | CASCADE DRILLING LP<br>122 BURRS RD, STE E<br>WESTAMPTON, NJ  08060-4417 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061829 DTD 2/12/2024 | CASCADE DRILLING LP<br>122 BURRS RD, STE E<br>WESTAMPTON, NJ  08060-4417 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063593 DTD 10/15/2024 | CASCADE DRILLING LP<br>122 BURRS RD, STE E<br>WESTAMPTON, NJ  08060-4417 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065268 DTD 9/22/2025 | CASCADE DRILLING LP<br>122 BURRS RD, STE E<br>WESTAMPTON, NJ  08060-4417 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA053924 DTD 9/20/2022 | CEDAR LANE LLC<br>ATTN ALVIN ODELL<br>PO BOX 187<br>LOTHIAN, MD  20711-0187 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063275 DTD 8/27/2024 | CEDAR LANE LLC<br>ATTN ALVIN ODELL<br>PO BOX 187<br>LOTHIAN, MD  20711-0187 |

Debtor    Great Prairie Mid-Atlantic, LLC                    Case number (if known)    25-90010

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065059 DTD 7/28/2025 | CEDAR LANE LLC<br>ATTN ALVIN ODELL<br>PO BOX 187<br>LOTHIAN, MD 20711-0187 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062067 DTD 3/18/2024 | CHARLIE'S BOBCAT SERVICE INC<br>ATTN TAMMY PALMER<br>13 ENERGETIC ENDEAVOR DR<br>SYKESVILLE, MD 21784-9330 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064950 DTD 7/1/2025 | CHESAPEAKE LANDSCAPE MATERIALS<br>ATTN GAIL CLARK<br>PO BOX 830<br>SEVERNA PARK, MD 21146-0830 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMBINATION FIRST AID & SAFETY SERVICE AGREEMENT DTD 11/15/2024 | CINTAS CORPORATION NO 2<br>D/B/A CINTAS FIRST AID & SAFETY |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMBINATION FIRST AID & SAFETY SERVICE AGREEMENT DTD 3/14/2024 | CINTAS CORPORATION NO 2<br>D/B/A CINTAS FIRST AID & SAFETY |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AID & SAFETY SERVICE AGREEMENT DTD 7/24/2024 | CINTAS CORPORATION NO 2<br>D/B/A CINTAS FIRST AID & SAFETY |

Debtor Gulf Coast Mid Atlantic LLC Case number (if known)

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMBINATION FIRST AID & SAFETY SERVICE AGREEMENT DTD 10/29/2024 | CINTAS CORPORATION NO 2 D/B/A CINTAS FIRST AID & SAFTEY |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCEPTANCE CERTIFICATE #481132-01 TO MASTER LEASE AGREEMENT DTD 5/14/2024 | CIVISTA LEASING & FINANCE 680 ANDERSEN DR BLDG 10, STE 505 PITTSBURGH, PA 15220 |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDGEMENT OF CONTINUING CORPORATE GUARANTEE DTD 5/14/2024 | CIVISTA LEASING & FINANCE 680 ANDERSEN DR BLDG 10, STE 505 PITTSBURGH, PA 15220 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO MASTER LEASE AGREEMENT DTD 5/14/2024 | CIVISTA LEASING & FINANCE 680 ANDERSEN DR BLDG 10, STE 505 PITTSBURGH, PA 15220 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GUARANTEE AGREEMENT DTD 7/13/2018 | CIVISTA LEASING & FINANCE 680 ANDERSEN DR BLDG 10, STE 505 PITTSBURGH, PA 15220 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER LEASE AGREEMENT #4811 DTD 6/20/2018 | CIVISTA LEASING & FINANCE 680 ANDERSEN DR BLDG 10, STE 505 PITTSBURGH, PA 15220 |

Debtor    Great Prairie Mid Atlantic, LLC    Case number (if known)  25-90010

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRAC RIDER TO ACCEPTANCE NO. 481132-01 TO MASTER LEASE AGREEMENT NO. 4811 DTD 5/14/2024 | CIVISTA LEASING & FINANCE<br>680 ANDERSEN DR<br>BLDG 10, STE 505<br>PITTSBURGH, PA  15220 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSIGNMENT AND ASSUMPTION AGREEMENT 9/1/2023 | CNH INDUSTRIAL AMERICA LLC<br>ATTN STRATEGIC ACCT MGR<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE DTD 6/16/2015 | CNH INDUSTRIAL AMERICA LLC<br>ATTN STRATEGIC ACCT MGR<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE DTD 8/31/2017 | CNH INDUSTRIAL AMERICA LLC<br>ATTN STRATEGIC ACCT MGR<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE DTD 9/1/2017 | CNH INDUSTRIAL AMERICA LLC<br>ATTN STRATEGIC ACCT MGR<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DELAYED DRAW TERM NOTE DTD 6/16/2015 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |

Debtor   Great Heartland Atlantic LLC                          Case number (if known)   25-90010
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTENDED TERM NOTE DTD 8/1/2019 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERCREDITOR AGREEMENT DTD 3/7/2023 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>ATTN DIR UNDERWRITING<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETAIL FINANCING AGREEMENT DTD 8/31/2017 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>ATTN RETAIL CREDIT<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERCREDITOR AGREEMENT DTD 8/31/2017 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>ATTN STRATEGIC ACCT MGR<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE FIRST AMENDED AND RESTATED CREDIT AND SECURITY AGREEMENT DTD 8/1/2019 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>ATTN TOM MARIANI, CCO<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDED AND RESTATED CREDIT AND SECURITY AGREEMENT DTD 4/5/2016 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>ATTN TOM MARIANI, CCO<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |

Debtor  Gulf Harbor Mid Atlantic LLC                    Case number (if known)    25-90010
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WHOLESALE FINANCING AND SECURITY AGREEMENT DTD 8/31/2017 | CNH INDUSTRIAL CAPITAL AMERICA LLC<br>ATTN WHOLESALE CREDIT<br>5729 WASHINGTON AVE<br>RACINE, WI  53406 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065405 DTD 10/28/2025 | COLONNELLI BROS INC<br>409 S RIVER ST<br>HACKENSACK, NJ  07601-6799 |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED AND RESTATED CREDIT AGREEMENT DTD 2/1/2023 | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO FOREBEARANCE AGREEMENT & THIRD AMENDMENT TO CREDIT AGREEMENT DTD 3/22/2024 | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 TO FOREBEARANCE AGREEMENT & FOURTH AMENDMENT TO CREDIT AGREEMENT DTD 6/28/2024 | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #3 TO FOREBEARANCE AGREEMENT & FIFTH AMENDMENT TO CREDIT AGREEMENT DTD 10/24/2024 | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |

Debtor   Graft Treasure Mid Atlantic, LLC                          Case number (if known)   25-90010

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #4 TO FOREBEARANCE AGREEMENT & SIXTH AMENDMENT TO CREDIT AGREEMENT | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #5 TO FOREBEARANCE AGREEMENT & SEVENTH AMENDMENT TO CREDIT AGREEMENT | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #6 TO FOREBEARANCE AGREEMENT & EIGHTH AMENDMENT TO CREDIT AGREEMENT | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #7 TO FOREBEARANCE AGREEMENT & NINTH AMENDMENT TO CREDIT AGREEMENT | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FORBEARANCE AGREEMENT & SECOND AMENDMENT TO CREDIT AGREEMENT DTD 12/21/2023 | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LIMITED WAIVER & FIRST AMENDMENT TO AMENDED & RESTATED CREDIT AGREEMENT DTD 7/20/2023 | COMERICA BANK<br>1717 MAIN ST<br>DALLAS, TX  75201 |

Debtor   Great Harbor Mid-Atlantic LLC                          Case number (if known)   25-90010
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 8/25/2021 (RE: 8501 CONTRACTORS RD, ROSEDALE MD 21237) | COSDA FARM LLC<br>ATTN MANAGING MEMBER<br>8505 CONTRACTORS RD<br>BALTIMORE, MD  21237 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063978 DTD 12/11/2024 | CREATIVE CONCEPTS GROUP INC<br>56 PEBBLE DR<br>BROOKLYN, MD  21225-3394 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062065 DTD 3/18/2024 | CW STRITTMATTER INC<br>9102 OWENS DR<br>MANASSAS PARK, VA  20111-4803 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062295 DTD 4/16/2024 | D2 LLC<br>1395 PICCARD DR<br>ROCKVILLE, MD  20850-4306 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA041825 DTD 12/8/2020 | DA FENG LLC<br>ATTN JUN CHEN<br>14629 ADAMS RD<br>GREENWOOD, DE  19950-4704 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065303 DTD 10/1/2025 | DAMERON CONTRACTING LLC<br>PO BOX 137<br>DAMERON, MD  20628 |

Debtor  Craft Harbor Mid Atlantic, LLC                              Case number (if known)  25-90010
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.89 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR INVENTORY FINANCING DTD 3/3/2018 | DE LAGE LENDEN FINANCIAL SERVICES INC<br>8001 BIRCHWOOD CRT<br>PO BOX 2000<br>JOHNSTON, IA  50131-2930 |
| 2.90 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065036 DTD 7/23/2025 | DELMARVA SITE DEVELOPMENT INC<br>ATTN DIANA SMITH<br>2200 DEFENSE HWY, STE 107<br>CROFTON, MD  21114-2458 |
| 2.91 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061255 DTD 11/9/2023 | DERT SERVICES<br>795 MARRIOTTSVILLE RD<br>MARRIOTTSVILLE, MD  21104-1309 |
| 2.92 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062512 DTD 5/13/2024 | DERT SERVICES<br>795 MARRIOTTSVILLE RD<br>MARRIOTTSVILLE, MD  21104-1309 |
| 2.93 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1 TO ASSIGNMENT AND ASSUMPTION OF LOAN DTD 2/15/2023 | DEUTSCHE LEASING USA INC<br>ATTN VP, HEAD OF OPERATIONS<br>190 S LASALLE ST, STE 2150<br>CHICAGO, IL  60603 |
| 2.94 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 2 TO FLOOR PLAN FINANCING AGREEMENT DTD 7/25/2023 | DEUTSCHE LEASING USA INC<br>ATTN VP, HEAD OF OPERATIONS<br>190 S LASALLE ST, STE 2150<br>CHICAGO, IL  60603 |

Debtor    Great Prairie Mile Atlantic LLC    Case number (if known)    25-90010
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ASSIGNMENT AND ASSUMPTION OF LOAN DTD 1/4/2023 | DEUTSCHE LEASING USA INC <br> ATTN VP, HEAD OF OPERATIONS <br> 190 S LASALLE ST, STE 2150 <br> CHICAGO, IL 60603 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FLOOR PLAN FINANCING AGREEMENT DTD 2/1/2023 | DEUTSCHE LEASING USA INC <br> ATTN VP, HEAD OF OPERATIONS <br> 190 S LASALLE ST, STE 2150 <br> CHICAGO, IL 60603 |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065414 DTD 11/3/2025 | DIG-IT RENTALS LLC <br> 45 S PARK <br> PO BOX 240 <br> MORRISTOWN, NJ 07960-3924 |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INTERCREDITOR AGREEMENT DTD 3/7/2023 | DLL FINANCE LLC <br> F/K/A DE LAGE LANDEN FINANCIAL SERVICES INC <br> ATTN DIR INVENTORY FINANCE <br> 8001 BIRCHWOOD CT <br> JOHNSTON, IA 50131 |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063119 DTD 8/5/2024 | DLS CONTRACTING <br> 36 MONTESANO RD, STE D-205 <br> FAIRFIELD, NJ 07004-3310 |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT (RE: BLOCK 233, LOTS 22.01 AND 13, HOWELL TOWNSHIP, NJ) | DREAMLAND REAL ESTATE LLC <br> 122 HWY 34 <br> HOWELL TWNSHIP, NJ 07727 |

| Debtor | Gulf Harbor Mid-Atlantic LLC | | Case number (if known) | 25-90010 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.101** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063520 DTD 10/3/2024 | EARTHMOVERS EXCAVATION CO<br>PO BOX 189<br>ADAMSTOWN, MD  21710-0189 |
| **2.102** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063560 DTD 10/9/2024 | EAST COAST RIGGING & CONTRACTING<br>8221 MAIN ST<br>LAUREL, MD  20724-1438 |
| **2.103** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DTD 6/15/2023 | EAST COAST RISK MANAGEMENT LLC<br>7562 STATE RTE 30<br>NORTH HUNTINGDON, PA  15642 |
| **2.104** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064670 DTD 4/25/2025 | EE CRUZ & CO INC<br>1616 WHITESTONE EXPY, 5TH FL<br>WHITESTONE, NY  11357-3055 |
| **2.105** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT #MSA-US-GMA-24-001 DTD 1/11/2024 | E-EMPHASYS TECHNOLOGIES INC<br>ATTN VIVEK SINGHAL<br>2501 WESTON PKWY, STE 101<br>CARY, NC  27519 |
| **2.106** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT #PSA-US-GMA-24-001 DTD 1/12/2024 | E-EMPHASYS TECHNOLOGIES INC<br>ATTN VP SALES OPERATIONS<br>2501 WESTON PKWY, STE 101<br>CARY, NC  27513 |

Debtor    Cent Precision Mid Atlantic LLC                                    Case number (if known)    25-90010
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA065319 DTD 10/3/2025 | EGLINGTON CEMETARY COMPANY<br>320 KINGS HWY<br>CLARKSBORO, NJ  08020-1404 |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA065409 DTD 10/30/2025 | EMPIRE BLENDED PRODUCTS INC<br>250 HICKORY LN<br>BAYVILLE, NJ  08721-2115 |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA064930 DTD 6/24/2025 | ENVIRONMENTAL RESTORATIONS<br>1666 FABICK DR<br>FENTON, MO  63026 |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | ETNYRE INTERNATIONAL<br>1333 S DAYSVILLE RD<br>OREGON, IL  61061 |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA049261 DTD 12/21/2021 | FAIR HILL FARMS INC<br>10118 AUGUSTINE HERMAN HWY<br>CHESTERTOWN, MD  21620-3240 |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA055242 DTD 12/12/2022 | FLIPPO CONSTRUCTION<br>3820 PENN BELT PL<br>DISTRICT HEIGHTS, MD  20747-4732 |

Debtor  Great Harbor Mid Atlantic LLC _____   Case number (if known) _____
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 8/31/2017 (RE: 12420 SUSSEX HWY, GREENWOOD, DE 19950) | FOLCOMER PROPERTIES LLC<br>4814 WATER PARK DR<br>BELCAMP, MD  21017 |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA056823 DTD 4/5/2023 | FORESITE CONCEPTS LLC<br>3553 W CHESTER PIKE, STE 337<br>NEWTOWN SQUARE, PA  19073-3701 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061271 DTD 11/13/2023 | FORESITE CONCEPTS LLC<br>3553 W CHESTER PIKE, STE 337<br>NEWTOWN SQUARE, PA  19073-3701 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061110 DTD 10/18/2023 | FRANCIS O DAY CO INC<br>850 E GUDE DR, STE A<br>ROCKVILLE, MD  20850-1363 |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061159 DTD 10/26/2023 | FRANCIS O DAY CO INC<br>850 E GUDE DR, STE A<br>ROCKVILLE, MD  20850-1363 |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062344 DTD 4/23/2024 | FRANK J GOETTNER CONSTRUCTN<br>ATTN PAM GOETTNER<br>1520 EDGEWOOD RD<br>EDGEWOOD, MD  21040-1006 |

Debtor    Gulf Harbor Mid Atlantic LLC                                    Case number (if known)   25-90010

        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065238 DTD 9/12/2025 | FRED M SCHIAVONE CONSTRUCTION INC ATTN TAMMY KLOSE PO BOX 416 MALAGA, NJ  08328-0416 |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECURE SWITCHING PRODUCT AGREEMENT DTD 8/27/2025 | FREEDOMPAY INC ATTN CONTRACT ADMIN FMC TWR AT CIRA CENTRE S 2929 WALNUT ST, FL 14 PHILADELPHIA, PA  19104 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065434 DTD 11/7/2025 | GENERAL PAVING & CONTRACTING INC 2135 MONUMENTAL RD PO BOX 18202 HALETHROPE, MD  21227-4120 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065111 DTD 8/8/2025 | GJA CONSTRUCTION 103 CARNEGIE CTR, STE 345 PRINCETON, NJ  08540-6235 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065399 DTD 10/27/2025 | GJA CONSTRUCTION 103 CARNEGIE CTR, STE 345 PRINCETON, NJ  08540-6235 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065201 DTD 8/29/2025 | GRADELINE CONSTRUCTION CO INC PO BOX 374 BROOKLANDVILLE, MD  21022-0374 |

Debtor    Grant Harbor Mid Atlantic, LLC
_____
(Name)

Case number (if known) _____

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA050605 DTD 3/29/2022 | GREAT MILLS TRADING POST <br> 20171 POINT LOOKOUT RD <br> PO BOX 52 <br> GREAT HILLS, MD  20634 |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062864 DTD 6/25/2024 | GREAT MILLS TRADING POST <br> 20171 POINT LOOKOUT RD <br> PO BOX 52 <br> GREAT MILLS, MD  20634 |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SETTLEMENT AGREEMENT DTD 9/23/2025 | GREATAMERICA FINANCIAL SERVICES CORP <br> 625 FIRST ST SE <br> CEDAR RAPIDS, IA  52401 |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065335 DTD 10/13/2025 | GREEN CONSTRUCTION INC <br> PO BOX 550 <br> SOUTH RIVER, NJ  08882-0550 |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO THE FIRST AMENDED AND RESTATED CREDIT AND SECURITY AGREEMENT DTD 8/1/2019 | GTE HOLDINGS INC <br> 1520 HIGH MEADOW LANE <br> MECHANICSBURG, PA  17055 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EXTENDED TERM NOTE DTD 8/1/2019 | GTE HOLDINGS INC <br> 1520 HIGH MEADOW LANE <br> MECHANICSBURG, PA  17055 |

Debtor    Grief Harbor Mid Atlantic LLC    Case number (if known)    25-90010

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDED AND RESTATED CREDIT AND SECURITY AGREEMENT DTD 4/5/2016 | GTE HOLDINGS INC<br>1520 HIGH MEADOW LANE<br>MECHANICSBURG, PA 17055 |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064776 DTD 5/15/2025 | H & E EQUIPMENT SERVICES<br>2111 GRAYS RD<br>DUNDALK, MD 21222-5000 |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063843 DTD 11/18/2024 | HAMILTON SITE CONSTRUCTION INC<br>13738 OLD ANNAPOLIS RD<br>MOUNT AIRY, MD 21771-5818 |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063843 DTD 11/18/2024 | HAMILTON SITE CONSTRUCTION INC<br>37838 OLD ANNAPOLIS RD<br>MOUNT AIRY, MD 21771-5818 |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA039263 DTD 8/12/2020 | HARBOUR INN<br>ATTN ROB PASCAL<br>101 N HARBOR RD<br>SAINT MICHAELS, MD 21663-2910 |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA056538 DTD 3/21/2023 | HARD ROCK EXCAVATING LLC<br>ATTN KRISTINE EBY<br>17022 BROADFORDING RD<br>HAGERSTOWN, MD 21740-1121 |

Debtor  Great Harbor Mile Atlantic, LLC

(Name)

Case number (if known) 25-90010

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063514 DTD 10/2/2024 | HARD ROCK EXCAVATING LLC<br>ATTN KRISTINE EBY<br>17022 BROADFORDING RD<br>HAGERSTOWN, MD  21740-1121 |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA055288 DTD 12/14/2022 | HCE LLC<br>PO BOX 591<br>OCEAN VIEW, DE  19970-0591 |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062341 DTD 4/22/2024 | HEAVEN SENT LLC<br>1400 FRONT AVE, STE 202<br>LUTHERVILLE TIMONIUM, MD  21093-5365 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT #IHR-3039 DTD 3/5/2019 | HIGHER INFORMATION GROUP LLC<br>400 N BLUE RIBBON AVE<br>HARRISBURG, PA  17112 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT #IHR-3044 DTD 3/5/2019 | HIGHER INFORMATION GROUP LLC<br>400 N BLUE RIBBON AVE<br>HARRISBURG, PA  17112 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT #IHR-3100 DTD 6/5/2019 | HIGHER INFORMATION GROUP LLC<br>400 N BLUE RIBBON AVE<br>HARRISBURG, PA  17112 |

Debtor  Orbit Fresh or Mid Atlantic, LLC                                      Case number (if known)  25-90010
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA056041 DTD 2/17/2023 | HIGHLAND TURF INC<br>4539 SYKESVILLE RD<br>FINKSBURG, MD  21048-2609 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA056042 DTD 2/17/2023 | HIGHLAND TURF INC<br>4539 SYKESVILLE RD<br>FINKSBURG, MD  21048-2609 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA056064 DTD 2/17/2023 | HIGHLAND TURF INC<br>4539 SYKESVILLE RD<br>FINKSBURG, MD  21048-2609 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062043 DTD 3/14/2024 | HIGHLAND TURF INC<br>4539 SYKESVILLE RD<br>FINKSBURG, MD  21048-2609 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062572 DTD 5/20/2024 | HIGHLAND TURF INC<br>4539 SYKESVILLE RD<br>FINKSBURG, MD  21048-2609 |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063557 DTD 10/9/2024 | HIGHLAND TURF INC<br>4539 SYKESVILLE RD<br>FINKSBURG, MD  21048-2609 |

Debtor    Great Prairie Mile Atlantic, LLC    Case number (if known)    25-90010
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT ORDER #RSA061191 DTD 11/1/2023 | HOPKINS & WAYSON INC 601 KEITH LN OWINGS, MD  20736-3106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT ORDER #RSA065328 DTD 10/8/2025 | HOYAS CONTRACTING GROUP 4433 MOUNTAIN RD, STE 5 PASADENA, MD  21122-4566 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT ORDER #RSA054156 DTD 10/5/2022 | ILA PROPERTIES INC 4115 CHARLES TOWN RD KEARNEYSVILLE, WV  25430 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | UNION EMPLOYEE & EMPLOYER TERMS & CONDITIONS AGREEMENT DTD 10/1/2023 | INT UNION OF OPERATING ENGINEERS AFL-CIO LOCAL UNION 825,825A,825B, 825C ET AL ATTN PRESIDENT 65 SPRINGFIELD AVE SPRINGFIELD, NJ  07081 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT ORDER #RSA056036 DTD 2/17/2023 | INTERIOR SPECIALISTS INC 11012 RED LION RD PO BOX 41 WHITE MARSH, MD  21162-1706 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DTD 6/24/2024 | INTERSTATE WASTE SERVICES 300 FRANK W BURR BLVD, STE 39 TEANECK, NJ  07666 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor Gulf Harbor Mid Atlantic LLC          Case number (if known)
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.155 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DTD 6/24/2024 | IWS OF NEW JERSEY<br>300 FRANK W BURR BLVD, STE 39<br>TEANECK, NJ 07666 |
| 2.156 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA043798 DTD 3/31/2021 | JM BRYAN & SONS LLC<br>PO BOX 2850<br>EASTON, MD 21601-8953 |
| 2.157 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061598 DTD 1/8/2025 | JOSEPH L WINKLER CO INC<br>709 PHILADELPHIA RD<br>JOPPA, MD 21085-3122 |
| 2.158 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE AGREEMENT DTD 6/16/2015 | JT INVESTMENTS<br>C/O MARTINI & MARTINI CPAS<br>1135 E CHESTNUT AVE<br>VINELAND, NJ 08360 |
| 2.159 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 1ST AMENDMENT TO LEASE DTD 8/2/2019 | JT INVESTMENTS<br>C/O MARTINI & MARTINI<br>1135 CHESTNUT AVE<br>VINELAND, NJ 08360 |
| 2.160 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 2ND AMENDMENT TO LEASE DTD 7/14/2021 | JT INVESTMENTS<br>C/O MARTINI & MARTINI<br>1135 CHESTNUT AVE<br>VINELAND, NJ 08360 |

Debtor    Great Harbor Mid Atlantic LLC                                      Case number (if known)    25-90010
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 3RD AMENDMENT TO LEASE DTD MAY 2019 | JT INVESTMENTS <br> C/O MARTINI & MARTINI <br> 1135 CHESTNUT AVE <br> VINELAND, NJ  08360 |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 4TH AMENDMENT TO LEASE DTD 5/20/2022 | JT INVESTMENTS <br> C/O MARTINI & MARTINI <br> 1135 CHESTNUT AVE <br> VINELAND, NJ  08360 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ASSIGNMENT & FIFTH AMENDMENT TO LEASE DTD 10/10/2024 | JT INVESTMENTS <br> C/O MARTINI & MARTINI <br> 1135 CHESTNUT AVE <br> VINELAND, NJ  08360 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ASSIGNMENT & THIRD AMENDMENT TO LEASE DTD 10/10/2024 | JT INVESTMENTS <br> C/O MARTINI & MARTINI <br> 1135 CHESTNUT AVE <br> VINELAND, NJ  08360 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA056034 DTD 2/17/2023 | K&K ADAMS INC <br> 3104 LORD BALTIMORE DR, STE 109 <br> WINDSOR MILL, MD  21244-2898 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065357 DTD 10/20/2025 | KYLE CONSTRUCTION <br> 749 CLAWSON AVE <br> HILLSBOROUGH, NJ  08844-3311 |

| Debtor | Great Harbor Mid-Atlantic, LLC | | Case number (if known) | 25-90010 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063732 DTD 11/1/2024 | L & S DIRT WORK LLC<br>6404 OCELOT ST<br>WALDORF, MD  20603-4413 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065375 DTD 10/24/2025 | LAFAYETTE UTITLITY CONST CO INC<br>ATTN ANDREA<br>9 ATLANTIC AVE<br>EGG HARBOR TWP, NJ  08234-5631 |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA045840 DTD 6/21/2021 | LARRY HILLS & SONS EXCAV<br>20531 PT LOOKOUT RD<br>GREAT MILLS, MD  20684 |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF AGREEMENT DTD 9/8/2023 | LAWSON PRODUCTS INC<br>ATTN STRATEGIC ACCOUNTS<br>8770 W BRYN MAWR AVE, STE 900<br>CHICAGO, IL  60631-3515 |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062855 DTD 6/24/2024 | LEVEL LAND INC<br>PO BOX 100<br>LISBON, MD  21765-0100 |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065100 DTD 8/7/2025 | LEVEL LAND INC<br>PO BOX 100<br>LISBON, MD  21765-0100 |

| Debtor | Great Harbor Mid-Atlantic, LLC | Case number (if known) 25-90010 |
| --- | --- | --- |
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEALER AGREEMENT DTD 10/10/2023 | LIEBHERR USA CO EARTHMOVING AND MATERIAL HANDLING TECHNOLOGY ATTN PRESIDENT 4800 CHESTNUT AVE NEWPORT NEWS, VA 23607 |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UNION EMPLOYEE & EMPLOYER TERMS & CONDITIONS AGREEMENT DTD 7/16/2024 | LOCAL 524C IUOE AFL-CIO 1375 VIRGINIA DR, #100 FORT WASHINGTON, PA 19034 |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER' #RSA065118 DTD 8/8/2025 | LONGFORD LANDSCAPES & EXCAVATION INC ATTN KRISTINA O'BRIEN-DONOVAN 947 KUSER RD TRENTON, NJ 08619-4018 |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA047424 DTD 9/10/2021 | LOTHIAN TRADING POST & RECYLING 240 FARMHOUSE LN LOTHIAN, MD 20711-9679 |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064993 DTD 7/11/2025 | MAGUIRE MARINE CONSTRUCTION LLC ATTN SARAH QUINN 337 THOMAS RD SEVERNA PARK, MD 21146-2115 |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCREDITOR AGREEMENT DTD 8/31/2017 | MANUFACTURERS & TRADERS TRUST COMPANY ATTN VP ONE FOUNTAIN PLZ, 3RD FL BUFFALO, NY 14203 |

Debtor   Great Harbor Mid Atlantic, LLC   Case number (if known)   25-90010
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED AND RESTATED CREDIT AGREEMENT DTD 2/1/2023 | MANUFACTURERS & TRADERS TRUST COMPANY<br>C/O M&T BUSINESS CAPITAL<br>ATTN MICHAEL D PICK, SVP<br>1 LIGHT ST, 14TH FL<br>BALTIMORE, MD  21202 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FORBEARANCE AGREEMENT & SECOND AMENDMENT TO CREDIT AGREEMENT DTD 12/21/2023 | MANUFACTURERS & TRADERS TRUST COMPANY<br>C/O M&T BUSINESS CAPITAL<br>ATTN MICHAEL D PICK, SVP<br>1 LIGHT ST, 14TH FL<br>BALTIMORE, MD  21202 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED WAIVER & FIRST AMENDMENT TO AMENDED & RESTATED CREDIT AGREEMENT DTD 7/20/2023 | MANUFACTURERS & TRADERS TRUST COMPANY<br>C/O M&T BUSINESS CAPITAL<br>ATTN MICHAEL D PICK, SVP<br>1 LIGHT ST, 14TH FL<br>BALTIMORE, MD  21202 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO FOREBEARANCE AGREEMENT & THIRD AMENDMENT TO CREDIT AGREEMENT DTD 3/22/2024 | MANUFACTURERS & TRADERS TRUST COMPANY<br>C/O M&T BUSINESS CAPITAL<br>ATTN MICHAEL D PICK, SVP<br>ONE LIGHT ST, 14TH FL<br>BALTIMORE, MD  21202 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 TO FOREBEARANCE AGREEMENT & FOURTH AMENDMENT TO CREDIT AGREEMENT DTD 6/28/2024 | MANUFACTURERS & TRADERS TRUST COMPANY<br>C/O M&T BUSINESS CAPITAL<br>ATTN MICHAEL D PICK, SVP<br>ONE LIGHT ST, 14TH FL<br>BALTIMORE, MD  21202 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #3 TO FOREBEARANCE AGREEMENT & FIFTH AMENDMENT TO CREDIT AGREEMENT DTD 10/24/2024 | MANUFACTURERS & TRADERS TRUST COMPANY<br>C/O M&T BUSINESS CAPITAL<br>ATTN MICHAEL D PICK, SVP<br>ONE LIGHT ST, 14TH FL<br>BALTIMORE, MD  21202 |

Debtor   Gulf Harbor Mid Atlantic, LLC
         (Name)

Case number (if known)   25-90010

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #4 TO FOREBEARANCE AGREEMENT & SIXTH AMENDMENT TO CREDIT AGREEMENT DTD 2/21/2025 | MANUFACTURERS & TRADERS TRUST COMPANY C/O M&T BUSINESS CAPITAL ATTN MICHAEL D PICK, SVP ONE LIGHT ST, 14TH FL BALTIMORE, MD  21202 |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #5 TO FOREBEARANCE AGREEMENT & SEVENTH AMENDMENT TO CREDIT AGREEMENT DTD 3/14/2025 | MANUFACTURERS & TRADERS TRUST COMPANY C/O M&T BUSINESS CAPITAL ATTN MICHAEL D PICK, SVP ONE LIGHT ST, 14TH FL BALTIMORE, MD  21202 |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #6 TO FOREBEARANCE AGREEMENT & EIGHTH AMENDMENT TO CREDIT AGREEMENT DTD 5/6/2025 | MANUFACTURERS & TRADERS TRUST COMPANY C/O M&T BUSINESS CAPITAL ATTN MICHAEL D PICK, SVP ONE LIGHT ST, 14TH FL BALTIMORE, MD  21202 |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #7 TO FOREBEARANCE AGREEMENT & NINTH AMENDMENT TO CREDIT AGREEMENT DTD 6/24/2025 | MANUFACTURERS & TRADERS TRUST COMPANY C/O M&T BUSINESS CAPITAL ATTN MICHAEL D PICK, SVP ONE LIGHT ST, 14TH FL BALTIMORE, MD  21202 |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061838 DTD 2/14/2024 | MARK ROPER CONSTRUCTION LLC D/B/A ROPER RENTALS 418 S SAMUEL ST CHARLES TOWN, WV  25414-1340 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065359 DTD 10/21/2025 | MARKSMEN LANDSCAPING 1975 ERIAL RD BLACKWOOD, NJ  08012-4482 |

Debtor  Great Harbor Mid Atlantic LLC
        (Name)

Case number (if known)  25-90010

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA064026 DTD 12/18/2024 | MARYLAND CONCRETE FOUNDATION ATTN KAREN BESSER 2240 CONOWINGO RD BEL AIR, MD 21015-1464 |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA063917 DTD 12/3/2024 | MAZEPA GROUP 49 FRANCISCO AVE WEST CALDWELL, NJ 07006-7821 |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA063917 DTD 12/3/2024 | MAZEPA GROUP 49 FRANCISCO AVE WEST CALDWELL, NJ 07006-7821 |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | MIDLAND MACHINERY CO, INC. 101 CRANBROOK RD EXTENSION TONAWANDA, NY 14150 |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO LEASE & EXTENSION AGREEMENT DTD 1/21/2021 | MLADENOVIC REALTY LLC ATTN LANDLORD 11 VREELAND AVE TOTOWA, NJ 07512 |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT RENEWAL NOTICE DTD 2/11/2025 | MONTGOMERY COUNTY, MD 101 MONROE ST, #15 ROCKVILLE, MD 20850 |

Debtor  Great Harbor Mid-Atlantic LLC                                    Case number (if known)
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA059496 DTD 7/28/2023 | MORGAN E RUSSELL INC<br>100 PROSPECT DR<br>HUNTINGTON, MD  20639-3401 |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065376 DTD 10/24/2025 | OPEN STATE EXCAVATION<br>205 CHURCH LN<br>GRASONVILLE, MD  21638-1008 |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING SERVICES AGREEMENT DTD 12/22/2022 | PA RETIREMENT SOLUTIONS INC<br>1110 N MOUNTAIN RD<br>HARRISBURG, PA  17112 |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT DTD 10/16/2015 (RE: 200 BOMONT PL, TOTOWA, PASSAIC COUNTY, NJ 07512) | PACELLI & SOKALSKI<br>409 RIVERVIEW DR, STE 205<br>TOTOWA, NJ  07512 |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE EXTENSION AGREEMENT (AMENDS LEASE AGREEMENT DTD 10/16/2015) | PACELLI & SOKALSKI<br>576 VALLEY RD, #311<br>WAYNE, NJ  07470 |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063154 DTD 8/8/2024 | PANNA LLC<br>PO BOX 6<br>COLTS NECK, NJ  07722-0006 |

Debtor  Great Prairie Mid-Atlantic LLC                    Case number (if known)  25-90010
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PAYROLL & HUMAN CAPITAL MANAGEMENT SERVICES AGREEMENT DTD 10/13/2022 | PAYCOM PAYROLL LLC D/B/A PAYCOM ATTN REPORTING AGENT 7501 W MEMORIAL RD OKLAHOMA CITY, OK 73142 |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #4 TO FORBEARANCE AGREEMENT & SIXTH AMENDMENT TO CREDIT AGREEMENT DTD 2/21/2025 | PEAPACK PRIVATE BANK & TRUST F/K/A PEAPACK-GLADSTONE BANK |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #5 TO FOREBEARANCE AGREEMENT & SEVENTH AMENDMENT TO CREDIT AGREEMENT DTD 3/14/2025 | PEAPACK PRIVATE BANK & TRUST F/K/A PEAPACK-GLADSTONE BANK |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #6 TO FOREBEARANCE AGREEMENT & EIGHTH AMENDMENT TO CREDIT AGREEMENT DTD 5/6/2025 | PEAPACK PRIVATE BANK & TRUST F/K/A PEAPACK-GLADSTONE BANK |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #7 TO FOREBEARANCE AGREEMENT & NINTH AMENDMENT TO CREDIT AGREEMENT DTD 6/24/2025 | PEAPACK PRIVATE BANK & TRUST F/K/A PEAPACK-GLADSTONE BANK |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO FOREBEARANCE AGREEMENT & THIRD AMENDMENT TO CREDIT AGREEMENT DTD 3/22/2024 | PEAPACK-GLADSTONE BANK C/O PEAPACK PRIVATE BANK & TRUST 500 HILLS DR, STE 300 BEDMINSTER, NJ 07921 |

Debtor    Great Prairie Mid Atlantic, LLC                        Case number (if known)    25-90010
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 TO FOREBEARANCE AGREEMENT & FOURTH AMENDMENT TO CREDIT AGREEMENT DTD 6/28/2024 | PEAPACK-GLADSTONE BANK<br>C/O PEAPACK PRIVATE BANK & TRUST<br>500 HILLS DR, STE 300<br>BEDMINSTER, NJ  07921 |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #3 TO FOREBEARANCE AGREEMENT & FIFTH AMENDMENT TO CREDIT AGREEMENT DTD 10/24/2024 | PEAPACK-GLADSTONE BANK<br>C/O PEAPACK PRIVATE BANK & TRUST<br>500 HILLS DR, STE 300<br>BEDMINSTER, NJ  07921 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #4 TO FOREBEARANCE AGREEMENT & SIXTH AMENDMENT TO CREDIT AGREEMENT DTD 2/21/2025 | PEAPACK-GLADSTONE BANK<br>C/O PEAPACK PRIVATE BANK & TRUST<br>500 HILLS DR, STE 300<br>BEDMINSTER, NJ  07921 |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FORBEARANCE AGREEMENT & SECOND AMENDMENT TO CREDIT AGREEMENT DTD 12/21/2023 | PEAPACK-GLADSTONE BANK<br>C/O PEAPACK PRIVATE BANK & TRUST<br>500 HILLS DR, STE 300<br>BEDMINSTER, NJ  07921 |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIMITED WAIVER & FIRST AMENDMENT TO AMENDED & RESTATED CREDIT AGREEMENT DTD 7/20/2023 | PEAPACK-GLADSTONE BANK<br>C/O PEAPACK PRIVATE BANK & TRUST<br>500 HILLS DR, STE 300<br>BEDMINSTER, NJ  07921 |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECURITY AGREEMENT DTD 7/27/2021 | PEOPLE'S UNITED EQUIPMENT FINANCE CORP<br>ATTN REGIONAL SALES MGR<br>300 FRANK W BURR BLVD, STE 50<br>TENECK, NJ  07666 |

Debtor  Gulf Harbor Mid Atlantic LLC
        (Name)                                                        Case number (if known)  25-90010

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.215** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065358 DTD 10/21/2025 | PERNA FINNIGAN INC<br>1921 E SHERMAN AVE<br>VINELAND, NJ  08361-7549 |
| **2.216** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | PETERSON<br>29408 AIRPORT RD<br>EUGENE, OR  97402 |
| **2.217** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063452 DTD 9/25/2024 | PLEASANTS CONSTRUCTION INC<br>24024 FREDERICK RD<br>CLARKSBURG, MD  20871-9718 |
| **2.218** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063453 DTD 9/25/2024 | PLEASANTS CONSTRUCTION INC<br>24024 FREDERICK RD<br>CLARKSBURG, MD  20871-9718 |
| **2.219** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063584 DTD 10/14/2024 | PLEASANTS CONSTRUCTION INC<br>24024 FREDERICK RD<br>CLARKSBURG, MD  20871-9718 |
| **2.220** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064843 DTD 6/3/2025 | PLEASANTS CONSTRUCTION INC<br>24024 FREDERICK RD<br>CLARKSBURG, MD  20871-9718 |

| Debtor | Great Harbor Mid Atlantic LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064874 DTD 6/8/2025 | PLEASANTS CONSTRUCTION INC<br>24024 FREDERICK RD<br>CLARKSBURG, MD  20871-9718 |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065222 DTD 9/8/2025 | PLEASANTS CONSTRUCTION INC<br>24024 FREDERICK RD<br>CLARKSBURG, MD  20871-9718 |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065272 DTD 9/23/2025 | PLEASANTS CONSTRUCTION INC<br>24024 FREDERICK RD<br>CLARKSBURG, MD  20871-9718 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065277 DTD 9/24/2025 | PLEASANTS CONSTRUCTION INC<br>24024 FREDERICK RD<br>CLARKSBURG, MD  20871-9718 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065279 DTD 9/24/2025 | PLEASANTS CONSTRUCTION INC<br>24024 FREDERICK RD<br>CLARKSBURG, MD  20871-9718 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA053390 DTD 8/19/2022 | POTOMAC EXCAVATING<br>ATTN JAMIE MESSER<br>120 E OAK RIDGE DR, STE 100<br>HAGERSTOWN, MD  21740-7798 |

Debtor    Grout Harbor Mid Atlantic LLC _____    Case number (if known) _____
    (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA056407 DTD 3/10/2023 | POTOMAC EXCAVATING ATTN JAMIE MESSER 120 E OAK RIDGE DR, STE 100 HAGERSTOWN, MD  21740-7798 |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063535 DTD 10/7/2024 | POTOMAC EXCAVATING ATTN JAMIE MESSER 120 E OAK RIDGE DR, STE 100 HAGERSTOWN, MD  21740-7798 |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063704 DTD 10/29/2024 | POTOMAC EXCAVATING ATTN JAMIE MESSER 120 E OAK RIDGE DR, STE 100 HAGERSTOWN, MD  21740-7798 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063810 DTD 11/13/2024 | POTOMAC EXCAVATING ATTN JAMIE MESSER 120 E OAK RIDGE DR, STE 100 HAGERSTOWN, MD  21740-7798 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063810 DTD 11/13/2024 | POTOMAC EXCAVATING ATTN JAMIE MESSER 120 E OAK RIDGE DR, STE 100 HAGERSTOWN, MD  21740-7798 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065411 DTD 10/31/2025 | POTOMAC EXCAVATING ATTN JAMIE MESSER 120 E OAK RIDGE DR, STE 100 HAGERSTOWN, MD  21740-7798 |

Debtor    Great Prairie Mid-Atlantic, LLC    Case number (if known)    25-90010
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.233 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065364 DTD 10/22/2025 | PRINCETON MUNCIPAL CORP ATTN TIM VANATTA 400 WITHERSPOON ST PRINCETON, NJ  08542-3400 |
| 2.234 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | JANITORIAL SERVICES AGREEMENT DTD 2/13/2023 | PROMISING DEVELOPMENT LLC D/B/A JAN-PRO FRANCHISE DEV OF PHILADEPHIA |
| 2.235 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062437 DTD 5/2/2024 | QUANTICO CREEK SOD FARMS INC ATTN ANDREW HOLLOWAY 27616 LITTLE LN SALISBURY, MD  21801-2047 |
| 2.236 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA058226 DTD 6/1/2023 | RBA ENGINEERING INTERNATIONAL 7830 BACKLICK RD, STE B3 SPRINGFIELD, VA  22150-2237 |
| 2.237 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061880 DTD 2/20/2024 | RBA ENGINEERING INTERNATIONAL 7830 BACKLICK RD, STE B3 SPRINGFIELD, VA  22150-2237 |
| 2.238 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063616 DTD 10/16/2024 | RBA ENGINEERING INTERNATIONAL 7830 BACKLICK RD, STE B3 SPRINGFIELD, VA  22150-2237 |

Debtor   Grant Prideco Mid Atlantic LLC                     Case number (if known)   25-90010

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 9/16/2025 | REED, KATIE G<br>ADDRESS REDACTED |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA059913 DTD 8/17/2023 | RELIABLE CONTRACTING CO INC<br>2410 EVERGREEN RD, STE 200<br>GAMBRILLS, MD  21054-1979 |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063640 DTD 10/21/2024 | RELIABLE CONTRACTING CO INC<br>2410 EVERGREEN RD, STE 200<br>GAMBRILLS, MD  21054-1979 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA063754 DTD 11/6/2024 | RIVER FRONT RECYCLING - TAXABLE<br>1301 N 26TH ST<br>CAMDEN, NJ  08105-3864 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065039 DTD 7/23/2025 | RIVER FRONT RECYCLING - TAXABLE<br>1301 N 26TH ST<br>CAMDEN, NJ  08105-3864 |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | ROADTEC<br>800 MANUFACTURERS RD<br>CHATTANOOGA, TN  37405 |

| Debtor | Gulf Pactor Mid-Atlantic LLC | Case number (if known) | 25-90010 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.245 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | ROKBAK<br>NEWHOUSE INDUSTRIAL ESTATE<br>MOTHERWELL  ML1 5RY<br>UNITED KINGDOM |
| 2.246 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065437 DTD 11/7/2025 | S B CONRAD INC<br>19 SMITHBRIDGE RD<br>PO BOX 251<br>CHESTER HGTS, PA  19017 |
| 2.247 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | SAKAI AMERICA, INC<br>90 INTERNATIONAL PARKWAY<br>ADAIRSVILLE, GA  30103 |
| 2.248 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA051083 DTD 4/21/2022 | SALAMONE GROUP CORP<br>2930 FELTON RD<br>NORRISTOWN, PA  19401-1346 |
| 2.249 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA056867 DTD 4/6/2023 | SALAMONE GROUP CORP<br>2930 FELTON RD<br>NORRISTOWN, PA  19401-1346 |
| 2.250 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA064316 DTD 2/20/2025 | SALAMONE GROUP CORP<br>2930 FELTON RD<br>NORRISTOWN, PA  19401-1346 |

Debtor    Great Prairie Mid-Atlantic LLC    Case number (if known)    25-90010
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481116-01 DTD 10/15/2019 | SIGNATURE FINANCIAL LLC 225 BROADHOLLOW RD, STE 132W MELVILLE, NY  11747 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481117-01 DTD 1/2/2020 | SIGNATURE FINANCIAL LLC 225 BROADHOLLOW RD, STE 132W MELVILLE, NY  11747 |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481120-01 DTD 3/4/2020 | SIGNATURE FINANCIAL LLC 225 BROADHOLLOW RD, STE 132W MELVILLE, NY  11747 |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481122-01 DTD 5/12/2021 | SIGNATURE FINANCIAL LLC 225 BROADHOLLOW RD, STE 132W MELVILLE, NY  11747 |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481123-01 DTD 5/12/2021 | SIGNATURE FINANCIAL LLC 225 BROADHOLLOW RD, STE 132W MELVILLE, NY  11747 |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481124-01 DTD 5/12/2021 | SIGNATURE FINANCIAL LLC 225 BROADHOLLOW RD, STE 132W MELVILLE, NY  11747 |

Debtor  Grant Harbor Mid-Atlantic LLC
        (Name)                                                        Case number (if known)    15-90010

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481125-01 DTD 5/12/2021 | SIGNATURE FINANCIAL LLC<br>225 BROADHOLLOW RD, STE 132W<br>MELVILLE, NY  11747 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481128-01 DTD 8/23/2021 | SIGNATURE FINANCIAL LLC<br>225 BROADHOLLOW RD, STE 132W<br>MELVILLE, NY  11747 |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481129-01 DTD 6/7/2022 | SIGNATURE FINANCIAL LLC<br>225 BROADHOLLOW RD, STE 132W<br>MELVILLE, NY  11747 |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481130-01 DTD 5/14/2022 | SIGNATURE FINANCIAL LLC<br>225 BROADHOLLOW RD, STE 132W<br>MELVILLE, NY  11747 |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481131-01 DTD 5/14/2022 | SIGNATURE FINANCIAL LLC<br>225 BROADHOLLOW RD, STE 132W<br>MELVILLE, NY  11747 |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA035055 DTD 1/10/2020 | SIX FLAGS GREAT ADVENTURE<br>1 SIX FLAGS BLVD<br>JACKSON, NJ  08527-5369 |

Debtor   Great Harbor Mid Atlantic, LLC   Case number (if known)   25-90010

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA040938 DTD 10/22/2020 | SOUTH CAPITAL BRIDGE BUILDERS<br>1220 12TH ST SE, STE 255<br>WASHINGTON, DC  20003-3722 |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA065353 DTD 10/17/2025 | STANLEY, MIKE<br>ADDRESS REDACTED |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA047947 DTD 10/7/2021 | STARCOM CONSTRUCTION LLC<br>608 SIDELING CT<br>SYKESVILLE, MD  21784-5803 |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA065329 DTD 10/10/2025 | STORMWATER MAINTENANCE LLC<br>913 RIDGEBOORK RD, STE 302<br>SPARKS GLENCOE, MD  21152-9457 |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE EXTENSION AGREEMENT DTD 5/7/2021 | SUITWELL INC<br>PO BOX 182<br>UPPER MARLBORO, MD  20772 |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA062935 DTD 7/9/2024 | SUMMIT DEMOLITION<br>395 JACKSONVILLE RD<br>WARMINSTER, PA  18974-4825 |

Debtor  Gulf Finance Mid Atlantic LLC                                    Case number (if known)  25-90010
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.269** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065244 DTD 9/16/2025 | SUMMIT DRILLING CO INC 81 CHIMNEY ROCK RD, STE A BRIDGEWATER, NJ  08807-3179 |
| **2.270** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065262 DTD 9/10/2025 | SUMMIT DRILLING CO INC 81 CHIMNEY ROCK RD, STE A BRIDGEWATER, NJ  08807-3179 |
| **2.271** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065274 DTD 9/23/2025 | SUMMIT DRILLING CO INC 81 CHIMNEY ROCK RD, STE A BRIDGEWATER, NJ  08807-3179 |
| **2.272** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065320 DTD 10/3/2025 | SUMMIT DRILLING CO INC 81 CHIMNEY ROCK RD, STE A BRIDGEWATER, NJ  08807-3179 |
| **2.273** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065321 DTD 10/3/2025 | SUMMIT DRILLING CO INC 81 CHIMNEY ROCK RD, STE A BRIDGEWATER, NJ  08807-3179 |
| **2.274** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065326 DTD 10/8/2025 | SUMMIT DRILLING CO INC 81 CHIMNEY ROCK RD, STE A BRIDGEWATER, NJ  08807-3179 |

Debtor    Gulf Harbor Mid Atlantic LLC _____    Case number (if known) _____

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA065327 DTD 10/8/2025 | SUMMIT DRILLING CO INC<br>81 CHIMNEY ROCK RD, STE A<br>BRIDGEWATER, NJ  08807-3179 |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA065025 DTD 7/18/2025 | SUN SERVICES<br>11299 OLD BALTIMORE PIKE<br>BELTSVILLE, MD  20705-2012 |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA037662 DTD 6/8/2020 | SUNBELT RENTALS<br>1799 INNOVATION PT<br>FORT MILL, SC  29715 |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA054055 DTD 9/27/2022 | SUNLAND CONSTRUCTION INC<br>PO BOX 1087<br>EUNICE, LA 70535 |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA057285 DTD 4/26/2023 | SUNLAND CONSTRUCTION INC<br>PO BOX 1087<br>EUNICE, LA 70535 |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA059809 DTD 8/14/2023 | SUNLAND CONSTRUCTION INC<br>PO BOX 1087<br>EUNICE, LA 75035 |

Debtor ~~Great Heartland Atlantic, LLC~~   Case number (if known) ~~25-90010~~
       (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | SUPERIOR BROOM<br>3707 W MCCORMICK AVE<br>WICHITA, KS  67213 |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 4/11/2024 | SYSTEM4 OF SOUTHERN NEW JERSEY<br>PO BOX 940<br>KENNETT SQUARE, PA  19348-0940 |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA062494 DTD 5/9/2024 | T&C EXCAVATION<br>30396 DUCK PUDDLE RD<br>KENNEDYVILLE, MD  21645-3538 |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA047980 DTD 10/8/2021 | TALBOT COUNTY ROADS DEPT<br>ATTN LOIS MACDONALD<br>605 PORT ST<br>EASTON, MD  21601-8101 |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | TANA NORTH AMERICA<br>3202 CLOVIS ROAD<br>LUBBOCK, TX  79415 |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTORSHIP AGREEMENT DTD 1/30/2024 | TEREX USA LLC<br>D/B/A TEREX ENVIRONMENTAL EQUIPMENT<br>22 WHITTIER ST<br>NEWTON, NH  03858 |

Debtor    Great Prairie Mid Atlantic LLC                          Case number (if known)    25-90010
              (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.287 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSTRUCTION, EQUIPMENT, SALES AND SERVICE AGREEMENT, WITH AMENDMENTS OR EXTENSIONS IF APPLICABLE | TERRAMAC, LLC<br>550 HEARTLAND DR<br>SUGAR GROVE, IL  60554 |
| 2.288 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA058562 DTD 6/15/2023 | TERRY ASPHALT HAULING<br>PO BOX 104<br>GLEN ARM, MD  21057-0104 |
| 2.289 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT LEASE AGREEMENT DTD 4/26/2023 | TIPCO TECHNOLOGIES INC<br>ATTN TERRI LYONS<br>11412 CRONHILL DR<br>OWNINGS MILLS, MD  21117 |
| 2.290 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061726 DTD 1/26/2024 | TOBAR CONSTRUCTION INC<br>5005 POWDER MILL RD<br>BELTSVILLE, MD  20705-1972 |
| 2.291 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA045324 DTD 5/27/2021 | TOTAL CIVIL CONST & ENG LLC<br>9344 LANHAM SEVERN RD<br>LANHAM, MD  20706-2776 |
| 2.292 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA044561 DTD 4/27/2021 | TOWN OF ROCK HALL, MD<br>ATTN CHERYL BUTLER<br>PO BOX 367<br>5585 S MAIN ST<br>ROCK HALL, MD  21661 |

Debtor  Great Elastern Mid-Atlantic LLC  Case number (if known)  25-90010
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA046343 DTD 7/19/2021 | TRIPLE R CONSTRUCTION CORP<br>761 CALHOUN PL, STE 620<br>DERWOOD, MD  20855-2788 |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA064971 DTD 7/8/2025 | TRITON CONSTRUCTION INC<br>ATTN BETH<br>PO BOX 1360<br>SAINT ALBANS, WV  25177-1360 |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA034438 DTD 11/22/2019 | US POSTAL SVC<br>80 COUNTY RD<br>JERSEY CITY, NJ  07097-0001 |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA065416 DTD 11/3/2025 | US POSTAL SVC<br>80 COUNTY RD<br>JERSEY CITY, NJ  07097-0001 |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INVESTMENT ADVISORY AGREEMENT DTD 2/17/2023 | USI ADVISORS INC<br>ATTN AUTHORIZED AGENT<br>95 GLASTONBURY BLVD, STE 102<br>GLASTONBURY, CT  06033 |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENTAL AGREEMENT ORDER #RSA065313 DTD 10/3/2025 | UTILITY CONSTRUCTION SERVICES - UCS<br>377 HUTTON RD<br>ELKTON, MD  21921-7824 |

Debtor    Great Harbor Mile Atlantic LLC
         (Name)

Case number (if known)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.299 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA057770 DTD 5/11/2023 | VETERANS KITCHEN MAINTENANCE INC<br>7909 MARLBORO PIKE<br>DISTRICT HEIGHTS, MD  20747-4415 |
| 2.300 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061752 DTD 1/31/2024 | VICTORY GARDENS INC<br>357 W STREET RD<br>WARMINSTER, PA  18974-3208 |
| 2.301 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065018 DTD 7/17/2025 | VICTORY GARDENS INC<br>357 W STREET RD<br>WARMINSTER, PA  18974-3208 |
| 2.302 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065144 DTD 8/18/2025 | VICTORY GARDENS INC<br>357 W STREET RD<br>WARMINSTER, PA  18974-3208 |
| 2.303 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065188 DTD 8/27/2025 | VICTORY GARDENS INC<br>357 W STREET RD<br>WARMINSTER, PA  18974-3208 |
| 2.304 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065242 DTD 9/15/2025 | VICTORY GARDENS INC<br>357 W STREET RD<br>WARMINSTER, PA  18974-3208 |

Debtor   Great Prairie Mill Atlantic, LLC
         (Name)
                                                        Case number (if known)   25-90010

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065263 DTD 9/19/2025 | VICTORY GARDENS INC<br>357 W STREET RD<br>WARMINSTER, PA  18974-3208 |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065403 DTD 10/28/2025 | VICTORY GARDENS INC<br>357 W STREET RD<br>WARMINSTER, PA  18974-3208 |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE # 481129-01 DTD 6/7/2022 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481116-01 DTD 10/15/2019 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481117-01 DTD 1/2/2020 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481120-01 DTD 3/4/2020 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |

Debtor  Grant Harbor Mid Atlantic, LLC
        (Name)

Case number (if known)  25-90010

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481122-01DTD 5/12/2021 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481123-01 DTD 5/12/2021 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481124-01 DTD 5/12/2021 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481125-01 DTD 5/12/2021 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481128-01 DTD 8/23/2021 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481130-01 DTD 5/14/2022 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |

Debtor    Great Prairie Mile Atlantic, LLC                    Case number (if known)    25-90010

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF ACKNOWLEDGEMENT OF ASSIGNMENT OF LEASE #481131-01 DTD 5/14/2022 | VISION FINANCIAL GROUP INC<br>615 IRON CITY DR<br>PITTSBURGH, PA  15205-4321 |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA054504 DTD 10/25/2022 | WALKER CONSTRUCTION INC<br>22935 JOHN J WILLIAMS HWY<br>MILLSBORO, DE  19966-4449 |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA022602 DTD 4/12/2018 | WASHINGTON SUBURBAN SANITARY COMM<br>14501 SWEITZER LN<br>LAUREL, MD  20707-5901 |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA033203 DTD 9/26/2019 | WASHINGTON SUBURBAN SANITARY COMM<br>14501 SWEITZER LN<br>LAUREL, MD  20707-5901 |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADVISORY AGREEMENT DTD 9/17/2025 | WENGER'S ENTERPRISE LLC<br>D/B/A STRATUSCORE TECHNOLOGY ADVISORS<br>8467 ROWE RUN RD<br>CHAMBERSBURG, PA  17202 |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA061808 DTD 2/9/2024 | WTC DEVELOPTMENT LLC<br>65 KNIGHT ISLAND RD<br>EARLEVILLE, MD  21919-3205 |

Debtor    Great Harbor Mid Atlantic, LLC    Case number (if known)    25-90010

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT ORDER #RSA065290 DTD 9/26/2025 | YOUNG'S LANDSCAPE MANAGEMENT<br>PO BOX 298<br>MOORESTOWN, NJ  08057-0298 |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td colspan="2">Groff Tractor Mid Atlantic, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="2">NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="2">25-90010</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.** **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes.

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | DEALER 2023 LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | BOKF, NA DBA BANK OF TEXAS | ☑ D<br>☐ E/F<br>☑ G |
| 2.2 | DEALER 2023 LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | CNH INDUSTRIAL CAPITAL AMERICA LLC | ☑ D<br>☐ E/F<br>☑ G |
| 2.3 | DEALER 2023 LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | DELAGE LANDEN FINANCIAL SERVICES, INC | ☑ D<br>☐ E/F<br>☑ G |
| 2.4 | DEALER 2023 LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | MANUFACTURERS AND TRADERS TRUST COMPANY | ☑ D<br>☐ E/F<br>☑ G |
| 2.5 | DEALER 2023 LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | PEOPLE'S UNITED EQUIPMENT FINANCE CORP. | ☑ D<br>☐ E/F<br>☑ G |
| 2.6 | DEALER 2023 LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | VOLVO FINANCIAL SERVICES NORTH AMERICA | ☑ D<br>☐ E/F<br>☑ G |
| 2.7 | GROFF RESOURCES HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | BMO HARRIS BANK, NA EQUIPMENT FINANCE DIVISION | ☑ D<br>☐ E/F<br>☑ G |
| 2.8 | GROFF RESOURCES HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | CNH INDUSTRIAL CAPITAL AMERICA LLC | ☑ D<br>☐ E/F<br>☑ G |
| 2.9 | GROFF RESOURCES HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | MANUFACTURERS AND TRADERS TRUST COMPANY | ☑ D<br>☐ E/F<br>☑ G |
| 2.10 | GROFF RESOURCES HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | VOLVO FINANCIAL SERVICES NORTH AMERICA | ☑ D<br>☐ E/F<br>☑ G |
| 2.11 | GROFF TRACTOR HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | BMO HARRIS BANK, NA EQUIPMENT FINANCE DIVISION | ☑ D<br>☐ E/F<br>☑ G |

Debtor    Groff Tractor Mid Atlantic, LLC                                    Case number (if known)    25-90010

(Name)

| Additional Page if Debtor Has More Codebtors |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 GROFF TRACTOR HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | BOKF, NA DBA BANK OF TEXAS | ☑ D<br>☐ E/F<br>☑ G |
| 2.13 GROFF TRACTOR HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | CNH INDUSTRIAL CAPITAL AMERICA LLC | ☑ D<br>☐ E/F<br>☑ G |
| 2.14 GROFF TRACTOR HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | DELAGE LANDEN FINANCIAL SERVICES, INC | ☑ D<br>☐ E/F<br>☑ G |
| 2.15 GROFF TRACTOR HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | DEUTSCHE LEASING USA, INC. | ☑ D<br>☐ E/F<br>☑ G |
| 2.16 GROFF TRACTOR HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | MANUFACTURERS AND TRADERS TRUST COMPANY | ☑ D<br>☐ E/F<br>☑ G |
| 2.17 GROFF TRACTOR HOLDINGS, LLC | 1460 MAIN STREET, SUITE 200 SOUTHLAKE, TX 76092 | VOLVO FINANCIAL SERVICES NORTH AMERICA | ☑ D<br>☐ E/F<br>☑ G |
| 2.18 GTE HOLDINGS, INC. | 1520 HIGH MEADOW LANE MECHANICSBURG, PA 17055 | CNH INDUSTRIAL CAPITAL AMERICA LLC | ☑ D<br>☐ E/F<br>☑ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Groff Tractor Mid Atlantic, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION</td></tr>
<tr><td>Case number<br>(if known)</td><td>25-90010</td></tr>
</table>

**Official Form 202**

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**■ Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/14/2025___
MM / DD / YYYY

✗ /s/ MICHAEL JUNIPER
Signature of individual signing on behalf of debtor

MICHAEL JUNIPER
Printed name

CHIEF RESTRUCTURING OFFICER
Position or relationship to debtor