| | |
|---|---|
| Michael D. Warner, Esq. (TX Bar No. 00792304) | Bradford J. Sandler, Esq. (admitted *pro hac vice*) |
| Maxim Litvak, Esq. (TX Bar No. 24002482) | Robert J. Feinstein, Esq. (admitted *pro hac vice*) |
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| 700 Louisiana Street, Suite 4500 | 1700 Broadway, 36th Floor |
| Houston, TX 77002 | New York, NY 10019 |
| Telephone: (713) 691-9385 | Telephone: (212) 561-7700 |
| Facsimile: (713) 691-9407 | Facsimile: (212) 561-7777 |
| Email:  mwarner@pszjlaw.com | Email:  bsandler@pszjlaw.com |
|        mlitvak@pszjlaw.com |        rfeinstein@pszjlaw.com |

*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>GROFF TRACTOR MID ATLANTIC, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90010 (ELM)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL EFFECTIVE AS OF NOVEMBER 7, 2025APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL EFFECTIVE AS OF NOVEMBER 7, 2025**
(Related Docket No. 268)

The undersigned hereby certifies as follows:

1. On December 3, 2025, the *Application Of The Official Committee Of Unsecured Creditors To Retain And Employ Pachulski Stang Ziehl & Jones LLP As Counsel Effective As Of November 7, 2025* [Docket No. 268] (the "Application") was filed with the Court.

2. Responses or objections, if any, to the Application were required to have been filed with the Court on or before December 29, 2025 (the "Response Deadline").

3. The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Groff Tractor Mid Atlantic, LLC (7629), Dealer 2023 LLC (3275), and Groff Tractor Holdings, LLC (0486), and the location of the service address for the Debtors is: 1460 Main Street, Suite 200, Southlake, TX 76092.

4937-9209-0757.1 32923.00002

undersigned counsel. No party in interest has contacted counsel with any informal response or objection to the Application. Accordingly, the undersigned respectfully requests that the form of Order sustaining the Application attached hereto be entered at the earliest convenience of the Court.

Dated: December 30, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Maxim B. Litvak*
Michael D. Warner, Esq. (TX Bar No. 00792304)
Maxim B. Litvak, Esq. (TX Bar No. 24002482)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com
         mlitvak@pszjlaw.com

- and -

Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
         rfeinstein@pszjlaw.com

*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that on December 30, 2025, a copy of the foregoing document was caused to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas on all parties that are registered to receive electronic notice in these cases.

*/s/ Maxim B. Litvak*
Maxim B. Litvak, Esq