. Brian Vanderwoude (Texas Bar #24047558)
DORSEY & WHITNEY LLP
200 Crescent Ct., Suite 1600
Dallas, TX 75201
Telephone: (214) 981-9900
Email: vanderwoude.briane@dorsey.com

Gabriel M. Hartsell (admitted *pro hac vice*)
Clarissa C. Brady (Texas Bar #24142079)
2325 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: (602) 735-2700
Email: hartsell.gabriel@dorsey.com
Email: brady.clarissa@dorsey.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>GROFF TRACTOR MID ATLANTIC, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90010<br><br>(Jointly Administered)<br><br>Related Docket Nos. 100, 399, 401 |

**U.S. BANK NATIONAL ASSOCIATION'S SUPPLEMENTAL OBJECTION TO DEBTORS' NOTICE OF
DESIGNATION OF SUCCESSFUL BIDDER AND BACK-UP BIDDER [DKT. 399]
AND JOINDER TO OBJECTIONS TO NOTICE OF (A) BACK-UP BIDDER
ASSET PURCHASE AGREEMENT AND (B) REQUEST TO AUTHORIZE BUT
<u>NOT DIRECT PAYMENT OF DILIGENCE FEE PURSUANT THERETO [DKT. 412]</u>**

U.S. Bank National Association ("<u>U.S. Bank</u>") a secured creditor of Groff Tractor Mid

Atlantic, LLC and its debtor affiliates (collectively, the "<u>Debtors</u>"), by and through undersigned

counsel, hereby submits this supplemental objection and reservation of rights (the "<u>Supplemental

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are: Groff Tractor Mid Atlantic, LLC (7629), Dealer 2023 LLC (3275), and Groff Tractor Holdings, LLC (0486), and the location of the service address for the Debtors is: 1460 Main Street, Suite 200, Southlake, TX 76092.

Objection") to the *Notice of Designation of Successful Bidder and Back-Up Bidder* [Docket No. 399], and joins the various objections to Debtors' *Notice of (A) Back-Up Bidder Asset Purchase Agreement and (B) Request to Authorize but Not Direct Payment of Diligence Fee Pursuant Thereto* [Dkt. 412].

## LIMITED OBJECTION

1. U.S. Bank hereby incorporates by reference its *Limited Objection to Debtors' (1) Emergency Motion for Entry of an Order (I) Approving (A) Bidding Procedures for the Sale of the Debtors' Assets, (B) Procedures for the Review and Approval of Such Transactions, and (C) Assumption and Assignment Procedures; (II) Approving Bid Protections; (III) Scheduling Certain Dates with Respect Thereto; (IV) Approving the Form and Manner of Notice Thereof; (V) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (VI) Granting Related Relief* [Docket No. 100] (the "Sale Motion"), (2) *Notice of Designation of Successful Bidder and Back-Up Bidder* [Docket No. 399], and (3) *Notice of Successful Bidder Asset Purchase Agreement* [Docket No. 401] [Docket No. 429] (the "Limited Objection").

2. U.S. Bank maintains this limited objection because the current record remains incomplete and lacks critical information concerning the proposed Sale. In particular, the Back-Up Bidder APA[2] fails to provide details on the purchase price allocation of value among the Floor Plan Lenders' collateral.

3. In the Sale Motion, the Debtors assert that they "believe that one or more of the tests of section 363(f) will be satisfied with respect to the transfer of the Debtors' businesses and assets pursuant to the applicable Sale Transaction." Sale Motion ¶ 61. In support, the Debtors

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion or the Limited Objection.

2

contend that "certain of the Debtors' creditors may consent to the sale free and clear under section 363(f)(2)." *Id.* U.S. Bank does not consent to the proposed sale of its collateral to Hilco under the Hilco APA free and clear of its interests. Accordingly, section 363(f)(2) cannot serve as a basis for approving a free and clear sale of U.S. Bank's collateral to Hilco.

4.    At the February 9, 2026 hearing, the Debtors represented that they were working with each of the Floor Plan Lenders to confirm the amounts and purchase prices allocated to the collateral under the Backup Bid with Hilco.

5.    On February 9, 2026, U.S. Bank also contacted Debtors' counsel to obtain confirmation of the purchase price allocated to U.S. Bank's collateral and the price at which Hilco intends to resell such collateral. Despite subsequent follow-up efforts, Debtors' counsel has not responded to these requests.

## RESERVATION OF RIGHTS

6.    U.S. Bank expressly reserves all rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, and/or supplement this Objection at any time and on any basis.

7.    Nothing in this Supplemental Objection shall be construed as a waiver of any rights under the Dealer Security Agreement, the Intercreditor Agreement, or applicable law.

Respectfully submitted this 17th day of February 2026.

**DORSEY & WHITNEY LLP**

*/s/ Clarissa C. Brady*
Gabriel M. Hartsell (admitted *pro hac vice*)
Clarissa C. Brady (Texas Bar #24142079)
2325 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: (602) 735-2700
Email: hartsell.gabriel@dorsey.com
          brady.clarissa@dorsey.com

        J. Brian Vanderwoude (Texas Bar #24047558)
        200 Crescent Ct #1600
        Dallas, TX 75201
        Telephone: (214) 981-9900
        Email: vanderwoude.brian@dorsey.com

*Attorneys for U.S. Bank National Association*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, the original of the foregoing document was electronically filed with the Court via CM / ECF and a copy served via Notice of Electronic Filing on all parties that have requested notice.

        */s/ Sandy Lonon*
        Sandy Lonon

4923-5527-7712\1